

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 1 3 2026

KEVIN R. WEIMER, Clerk
By: _____ Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

FREDDIE LEE ANDERSON,

Plaintiff,

v.

DONALD BARNES, individually and in his official capacity as
Acting Chief of VA Police; STEVEN DALEY, individually and in his
official capacity as VA Police Officer; JOSEPH BRITTAIN,
individually and in his official capacity as VA Police Lieutenant; and
JOHN DOES 1-10, individually and in their official capacities,
Defendants.

CIVIL ACTION FILE
NO.

_____

**1:26-CV-1392**

**AMENDED COMPLAINT FOR DECLARATORY RELIEF,
INJUNCTIVE RELIEF, AND DAMAGES
(Jury Trial Demanded)**

Plaintiff Freddie Lee Anderson, proceeding pro se, files this Amended Complaint and alleges as follows:

## I. NATURE OF THE ACTION

1. This is a civil-rights action arising from retaliatory, intimidating, coercive, and physically aggressive conduct by federal officers and employees at the VA Atlanta Hospital in Decatur, Georgia.

2. Plaintiff alleges that Defendants targeted him because he exercised protected rights, including filing complaints, grievances, police reports, and civil actions against VA personnel and related parties.

3. Plaintiff further alleges that Defendants interfered with his access to medical and mental-health care, detained and escorted him without lawful basis, used unwanted physical force, humiliated him in a public setting, and caused severe emotional and psychiatric harm.

4. Plaintiff seeks declaratory relief, injunctive relief, costs, and damages against the individual Defendants to the extent permitted by law.

## II. JURISDICTION AND VENUE

5. This Court has subject-matter jurisdiction under 28 U.S.C. section 1331 because this action arises under the Constitution and laws of the United States.

1

6. This Court has authority to issue declaratory relief under 28 U.S.C. sections 2201 and 2202.

7. Venue is proper in the Northern District of Georgia under 28 U.S.C. section 1391(b) because the events giving rise to these claims occurred in Decatur, Georgia, within this District.

8. Plaintiff seeks equitable relief against official-capacity Defendants and damages against individual-capacity Defendants.

## III. PARTIES

9. Plaintiff Freddie Lee Anderson is a resident of Georgia and a retired member of the United States Army.

10. Plaintiff is over 65 years old and is a 100% Permanent and Total disabled veteran with serious mental-health conditions.

11. Defendant Donald Barnes was, at all times relevant, the Acting Chief of VA Police at the VA Atlanta Hospital. He is sued in his individual and official capacities.

12. Defendant Steven Daley was, at all times relevant, a VA Police Officer at the VA Atlanta Hospital. He is sued in his individual and official capacities.

13. Defendant Joseph Brittain was, at all times relevant, a VA Police Lieutenant at the VA Atlanta Hospital. He is sued in his individual and official capacities.

14. Defendants John Does 1-10 are unknown federal officers, employees, supervisors, or agents who participated in, approved, directed, or failed to stop the conduct alleged herein. They are sued in their individual capacities for damages and in their official capacities for equitable relief.

## IV. FACTUAL ALLEGATIONS

15. On January 5, 2026, at approximately 1:00 p.m., Plaintiff was seated alone in the cafeteria of the VA Atlanta Hospital, located at 1670 Clairmont Road, Decatur, Georgia 30033, eating lunch.

16. Before the incident escalated, Plaintiff observed Defendant Barnes near the cafeteria cash register speaking with the VA Canteen Manager.

17. Plaintiff also observed Barnes remain in that area for approximately ten to fifteen minutes while using his cell phone.

18. Shortly thereafter, Barnes moved into the hallway outside the cafeteria and out of Plaintiff's view.

19. Soon afterward, Defendants Daley and Brittain approached Plaintiff while he was still seated and eating.

20. Daley stood directly in front of Plaintiff's table, and Brittain stood directly behind Plaintiff.

21. Their positioning made Plaintiff feel as though he was under arrest or detention.

2

22. Daley told Plaintiff, in substance, that Plaintiff should only be at the hospital for appointments and demanded documentation showing that Plaintiff had an appointment that day.

23. Plaintiff responded that he was entitled to be at the VA Hospital for health care, including appointments, walk-in care, emergency treatment, and mental-health care.

24. Plaintiff informed the officers that he needed immediate mental-health assistance.

25. Defendants ignored Plaintiff's statements and continued standing over him in an intimidating and degrading manner.

26. Plaintiff became increasingly depressed, anxious, overwhelmed, and emotionally distressed.

27. Plaintiff told Defendants that he needed to go immediately to Mental Health on a walk-in basis. That request was ignored.

28. Plaintiff then told Defendants that he needed to go immediately to the Emergency Room.

29. Defendants followed and escorted Plaintiff closely as though he were under arrest, although he was never told he was under arrest and was not accused of any crime.

30. Plaintiff reasonably believed he was not free to terminate the encounter or move about the hospital on his own terms.

31. Defendants followed Plaintiff so closely that one remained on each side of him as he walked.

32. Plaintiff was accompanied even toward the restroom area.

33. At one point, Plaintiff attempted to turn toward another hallway associated with treatment areas.

34. Defendant Brittain then raised his hand, blocked Plaintiff, and shoved the left side of Plaintiff's body to force him to continue walking straight.

35. Plaintiff immediately objected and asked Brittain why he was putting his hands on him.

36. Plaintiff had not threatened anyone and was trying to obtain medical and mental-health treatment.

37. The conduct of Defendants caused Plaintiff humiliation, fear, severe emotional distress, psychiatric destabilization, and loss of dignity.

38. Later that same day, Plaintiff presented through the Emergency Room and was admitted to the psychiatric ward at the VA Atlanta Hospital.

39. Plaintiff remained hospitalized from January 5, 2026, through January 9, 2026, on a self-voluntary basis for suicidal ideations and homicidal ideations.

40. Plaintiff alleges that Defendants' conduct directly caused or substantially contributed to the mental-health crisis that led to this hospitalization.

41. Plaintiff further alleges that Defendants' conduct was motivated, at least in substantial part, by retaliatory animus arising from Plaintiff's prior complaints, police reports, grievances, and civil actions.

42. Defendants' conduct would deter a person of ordinary firmness from filing complaints, pursuing legal claims, or seeking care at the VA facility.

43. Plaintiff continues to fear future retaliation and coercive treatment when attempting to access VA care.

## V. COUNT I - FIRST AMENDMENT RETALIATION
### (Declaratory and Injunctive Relief Against Official-Capacity Defendants)

44. Plaintiff incorporates Paragraphs 1 through 43 as if fully set forth herein.

45. The First Amendment protects speech, petitioning activity, and the right to seek redress of grievances.

46. Plaintiff engaged in protected activity by filing complaints, reports, grievances, and lawsuits.

47. Defendants knew of Plaintiff's protected activity.

48. In response, Defendants intentionally subjected Plaintiff to intimidation, humiliating public confrontation, coercive escorting, and interference with access to care.

49. Defendants' conduct was substantially motivated by Plaintiff's protected activity.

50. Defendants' actions would chill a person of ordinary firmness from continuing to exercise First Amendment rights.

51. Plaintiff suffered constitutional injury and continues to face an ongoing risk of retaliation when accessing VA services.

52. Plaintiff seeks a declaration that Defendants' retaliatory conduct violated the First Amendment and prospective injunctive relief prohibiting continued retaliation, intimidation, coercive escorting, or interference with his access to VA care because of his prior complaints or litigation.

## VI. COUNT II - FIFTH AMENDMENT DUE PROCESS
### (Declaratory and Injunctive Relief Against Official-Capacity Defendants)

53. Plaintiff incorporates Paragraphs 1 through 52 as if fully set forth herein.

54. The Fifth Amendment prohibits federal officers from depriving a person of liberty without due process of law.

55. Defendants, acting under color of federal authority, detained, controlled, escorted, and physically redirected Plaintiff inside the hospital without lawful justification.

56. Plaintiff was not under lawful arrest, was not charged with any offense, and was not given any meaningful process.

57. Defendants also interfered with Plaintiff's access to urgent mental-health and emergency care in a dignified and non-coercive manner.

58. The use of physical force and coercive control against a veteran seeking emergency and mental-health treatment was arbitrary and inconsistent with basic due-process protections.

59. As a direct result, Plaintiff suffered severe emotional and psychiatric harm.

60. Plaintiff seeks a declaration that Defendants' conduct violated the Fifth Amendment and injunctive relief barring further arbitrary detention, coercive escorting, physical interference, and retaliatory obstruction of access to care.

## VII. COUNT III - BIVENS CLAIM
### (Alternative Fourth Amendment Unreasonable Seizure and Excessive-Force Claim Against Individual Defendants)

61. Plaintiff incorporates Paragraphs 1 through 60 as if fully set forth herein.

62. This Count is asserted against Defendants Barnes, Daley, Brittain, and the Doe Defendants in their individual capacities only.

63. By surrounding Plaintiff, escorting him as though under arrest, preventing him from moving freely within the hospital, and physically redirecting him by force, Defendants seized Plaintiff without lawful justification.

64. By blocking and shoving Plaintiff while he was attempting to seek treatment, Defendants used unreasonable force.

65. Defendants acted intentionally, maliciously, willfully, and with reckless disregard for Plaintiff's constitutional rights.

66. As a direct and proximate result, Plaintiff suffered humiliation, mental anguish, emotional distress, psychiatric injury, and hospitalization.

67. Plaintiff pleads this Count in the alternative to preserve any individual-capacity constitutional remedy that may remain available under existing law.

## VIII. IRREPARABLE HARM AND NEED FOR EQUITABLE RELIEF

68. Plaintiff has no adequate remedy at law to prevent ongoing or future retaliation in connection with his access to VA care.

69. Plaintiff faces a real and continuing fear that he will again be targeted, confronted, escorted, detained, or interfered with if he appears at the VA Atlanta Hospital to seek treatment.

70. Unless restrained by this Court, Defendants may continue the practices alleged herein.

## IX. DAMAGES

71. As a result of Defendants' conduct, Plaintiff suffered severe emotional distress, humiliation, fear, anxiety, worsening depression, psychiatric destabilization, suicidal ideations, homicidal ideations, emergency treatment, hospitalization, pain and suffering, and loss of dignity.

72. Plaintiff seeks compensatory damages against the individual Defendants in an amount to be determined by the jury.

73. Plaintiff seeks punitive damages against the individual Defendants to the extent permitted by law.

## X. PRAYER FOR RELIEF

A. Assume jurisdiction over this action;

B. Declare that Defendants' conduct violated Plaintiff's rights under the First and Fifth Amendments;

C. Enter preliminary and permanent injunctive relief prohibiting Defendants from retaliating against Plaintiff, intimidating Plaintiff, physically interfering with Plaintiff, or obstructing Plaintiff's access to VA care because of his protected activity;

D. Award compensatory damages against the individual Defendants in an amount to be determined at trial;

E. Award punitive damages against the individual Defendants as permitted by law;

F. Award costs of this action; and

G. Grant such other and further relief as the Court deems just and proper.

## XI. JURY DEMAND

74. Plaintiff demands a trial by jury on all issues so triable.


Respectfully submitted this 12ᵗʰ day of _March_____, 2026.


_Freddie R. Anderson_____
Freddie Lee Anderson
Plaintiff, Pro Se
[Street Address] 1438 Greenridge Trail
[City, State ZIP] Lithonia, GA 30058
[Phone] 404-823-2251
[Email] andersonf2002@yahoo.com

6

## VERIFICATION

I, Freddie Lee Anderson, declare under penalty of perjury that I am the Plaintiff in this action, that I have read the foregoing Amended Complaint, and that the facts stated in it are true and correct to the best of my knowledge, information, and belief.

Executed this *17th* day of *March*, 2026.

Freddie Lee Anderson

7

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Amended Complaint was served in accordance with Rule 4 of the Federal Rules of Civil Procedure on the date and in the manner shown by the summons and proof of service to be filed in this action.

This _27th_ day of _March_ , 2026.


Freddie Lee Anderson
Plaintiff, Pro Se

# EXHIBIT A

## Affidavit and Sworn Statement
*(Insert exhibit here before filing)*

SWORN STATEMENT FROM:

MR. FREDDIE LEE ANDERSON, Plaintiff, vs. Director, VA Hospital, Atlanta, U.S. Department of Veterans Affairs, Defendant.

To: U.S. SENATOR FROM GEORGIA, HONORABLE, MR. JON OSSOFF

To: WHOM IT MAY CONCERN, CHIEF OF POLICE, VA POLICE, MR. DONALD BARNES, MAJ. ANDERSON, OFFICER ORR, L, Case # 508 26006-1

I, Freddie Lee Anderson, do officially make this sworn statement in support of what has taken place and caused me personally a great deal of unnecessary stressors and illegal practices for a 100 Percent Permanent and Total Mentally Disabled Veteran. To my knowledge, that needs to be investigated – entirely, Acting Chief of VA Police, Donald Barnes, on Friday, December 12, 2025, at or about 9 or 10 AM, (I was seating down in the VA Hospital Cafeteria Eating Breakfast), I noticed Mr. Donald Barnes by the cash register with a paper in his hand, while walking back and forth looking for a VA Police, (I Thought, I wasn't sure). I noticed Mr. Donald Barnes stopped VA Police Officer Lieutenant Joseph Brittain in the VA Hospital Cafeteria and began a conversation with him, going over the letter in his hand. Once I finished breakfast, I started walking to the VA Hospital Emergency Room. Mr. Donald Barnes called out my name, "Mr. Anderson." I stopped and walked a few steps back towards Mr. Donald Barnes to see what he wanted. VA Hospital Police Officer Lieutenant Joseph Brittain accompanied Mr. Donald Barnes. When I got close to Mr. Donald Barnes, I immediately told him (along with Lieutenant Joseph Brittain), "I'm going to the Emergency Room." Mr. Donald Barnes told me (again, with Lieutenant Joseph Brittain fully present and close by), "You cannot use the Emergency Room anytime you want, or some exact words to that effect. "Personally, I was totally shocked, disturbed, feeling harassed, and felt retaliated against by Mr. Donald Barnes, because this was his Second Civil Court Notice that he was Personally Served by the DeKalb County Marshals Department, previously on Wednesday or Thursday, December 10 or 11, 2025.

I noticed personally and directly, that every time Mr. Donald Barnes receives a Dekalb County Civil Court Notice, with my name, (Freddie Lee Anderson), as the Plaintiff on it, Mr. Donald Barnes becomes furious and starts Retaliation against me, using his position as Acting Chief of VA Police, to Harass, Intimidate, Be litter, Retaliation and harm me in anyway what so every, that he maybe can legally get away with, and with the help coming from Mr. Kai D. Mentzer, Executive Director of the Atlanta VA Hospital. All of this unprofessional, unnecessary and obnoxious behavior on Mr. Donald Barnes behalf and Mr. Kai D. Mentzer, is totally unprofessional, unwarranted and downright degrading on their part and anyone else that

follows this type of Retaliations and unprofessional behavior towards any Veterans, Patients, Visitors or anyone that walks on the VA Hospital Property for any Hospital Care and anytime for any reason. In my mind, NOW, "IT'S NO THANK YOU FOR YOUR SERVICE", "NOT THE NORMAL, THANK YOU FOR YOUR SERVICE", that I have heard from anyone over and over again.

Back to what happened next: after Mr. Donald Barnes told me what I mentioned previously in the sworn statement, I started walking towards the VA Hospital Emergency room from the VA Hospital Cafeteria area, along the walkway where we all were sitting at the time. Mr. Donald Barnes and Lieutenant Joseph Brittain both followed behind me to the VA Hospital Emergency Room. I thought this was totally ridiculous and very unprofessional, like I was a criminal or had done something that warranted arrest. The whole experience was very nerve-racking and caused my depressive mental mood disorder, PTSD, CYCLTHIMIA, BIPOLER disease to get extremely worst ever second with this type of unprofessional, unacceptable, Retaliation, Harassment Behavior conducted by Mr. Donald Barnes and ever VA Police Office he would have convinced and ordered,  I guess, to follow his instruction to harm me in any way he think he can get away with legally? I noticed and personally heard Mr. Donald Barnes tell Officer Steven Daley to make sure that he gives me the letter in his hand that was from Mr. Kai D. Mentzer, Executive Director of the VA Atlanta Hospital, once I am completely out of the Emergency room.

I never got a chance to come out of the Emergency room on my own and go to my General Mental Health WALK-IN appointment after I left or was discharged from the Emergency room, because I was escorted entirely, BY FORCE, DIRECTLY From the VA Hospital Emergency room in the back area where the doctors are seeing patients. Patients are in rooms out in the open, etc., by VA Police Officer Tarik Crumpton, VA Police Officer Paul Harris, and VA Police Lieutenant Joseph Brittain. The moment I saw VA Police Officer Tarik Crumpton, I told him, "I HAVE A MENTAL HEALTH WALK-IN APPOINTMENT SCHEDULED for me to go directly to talk to my Mental Health Doctor, immediately when I'm discharged from the VA Hospital Emergency room. VA Police Officer Tarik Crumpton ignored and disregarded everything I told him about me going directly to a Walk-In Scheduled Appointment at the VA Hospital General Mental Health Clinic on the 3rd floor of the B-building. The Emergency Room is located in the B-building of the VA Hospital. I need to get on the closest Elevator and go to the 3rd floor from the 1st floor in the B-building of the VA Atlanta Hospital. VA Police Office Tarik Crumpton asked one of the workers in the Emergency room staff to look in the VA Records, CPRS, System to see if I have a scheduled appointment. The Emergency room staff did just what Officer Tarik Crumpton asked them to do. The Emergency room Staff worker, VIOLATED DIRECTLY all HIPAA ACT LAWS by sharing what is personally in my VA HEALTH RECORDS with Office Tarik Crumpton, or anyone else, without my

expressed and signed permission to do so. This violation and unprofessional behavior also need to be investigated by the VA IG Team or someone in an authority position. Anyone nearby hear the Emergency room worker/Employee to Office Tarik Crumpton "NO Appointment".

VA Police Office Paul Harris also told me that I do not tell them what I'm going to do at all. VA Police Office Paul Harris walked behind me as to GET READY TO ARREST AND HAND CUFF ME, when I notice VA Police OFFICE Paul Harris get in this position walking and standing behind me, "I Immediately, did not want anyone ARRESTING ME AT ALL and in the Emergency room where I can for Mental Health Care and my Long Term Mental Health Illness has be ongoing for over 60 years, since I was physically and Mentally, and Verbally Severely Abused BY MY MOTHER, over and over again. I'm currently 65 years old and officially a SENIOR CITIZEN, which puts me in another category. After I was about to be arrested by VA Police Officer Paul Harris, VA Police Officer Tarik Crumpton, and VA Police Officer Lieutenant Joseph Brittain, I asked them all to leave me in the Emergency room, if I cannot go to my GMH MENTAL HEALTH WALK-IN APPOINTMENT. Still, all the VA Police Officers present at that time, Lieutenant Joseph Birttain, Office Tarik Crumpton, and Office Paul Harris, completely ignored anything I told them for my own MENTAL HEALTH, and others that they should please leave me in the Emergency room.

I was ready to tell the Mental Health Doctor that I'm prepared to be admitted into the Mental Health Ward on the 4th Floor of the VA Hospital for my own well-being and others, because of having SUICIDAL ideations at that time. It didn't take much more to push me over to attempted suicide on Saturday, December 13, 2025, early morning at about 12:30 AM by overdosing on my Mental Health VA Prescription medication and trying to shoot myself in the Brain with my 9MM Pistol, which I keep close to my bed with ammunition/bullets loaded. I was told by VA Police Officer Tarik Crumpton to completely get off VA Property and walk to the Street at CLAIRMONT ROAD, and if I return, he will write me a CITATION FOR TRUSTPASSING on VA Hospital Property. Office Tarik Crumpton also told me that he will "write me a CITATION for Lottering, because I'm at the VA Hospital Doing NOTHING ANYWAY". He said this when I asked another witness who was a witness to see the officers who walked me out of the VA Hospital, but did not know his name.

I asked Officer Tarik Crumpton personally, "Was he one of the VA Police that escorted me against my will off the VA Hospital Property? "VA Police Officer Tarik Crumpton SAID, "NO, IT WAS NOT ME". I asked him at least twice on different occasions when I saw him, because I was not at all sure. However, VA Police Office TARIK CRUMPTON is a BOLD-FACE LIAR, STRAIGHT to

my face with no hesitation at all. This VA Police Officer, Tarik Crumpton, has NO Professional integrity at all as a VA Police Officer or as a VA Hospital Police Officer; he will LIE about anything at any time for any reason. I'm sure this unprofessional behavior and dishonesty will definitely catch up with VA Police Officer Tarik Crumpton at some point in his career or life. I was also told by a VA Hospital, GMH, Mental Health Therapist, Mr. MARCUS BATES, THAT MY RECORDS ARE FLAGGED" (when they were not flagged at all), "and he should not be talking to me as a VA Hospital, GMH, MENTAL HEALTH Therapist for mental health.

That was one additional thing words from Mr. Marcus Bates what really pushed me over the top to attempt suicide in conjunction with everything that has took place at the VA Atlanta Hospital Cafeteria, Emergency room area forced VA Hospital Police ESCORT for a 100 Permeant and Total MENTALLY ill Veteran that needs Emergency and Walk-in Mental Health Care, is completely DENIED by VA Police Officers pervious all mentioned in the Sworn Statement the will be Notarized, by me also. I used to believe that all VA Hospitals are for ALL VETERANS in need of any HEALTH CARE NEEDS, including, but not limited to, APPOINTMENTS, WALK-IN, and EMERGENCY ROOM CARE. HOWEVER, I HAVE LEARNED THAT AT THE VA ATLANTA HOSPITAL, if you want to exercise your CIVIL RIGHTS to bring Legal Civil LAW Suits against some people in positions of Power and Authority, YOU WILL BE RETALIATED AGAINST IMMEDIATELY WITHOUT FAIL. That's why I say again, "NO THANK YOU FOR YOUR SERVICE TO OUR COUNTRY, the United States of America, that I personally gave 25 years of my life to DEFEND against all Enemies Foreign and Domestic. In closing, God Bless America.

My heart has been truly saddened that there are people at the VA Atlanta Hospital who will use their position of Authority and Employment to DO DIRECT HARM TO veterans, but not honestly try to assist and help them through MENTAL HEALTH crises, like Suicide Ideations and Suicide Prevention.

Signed: Freddie Lee Anderson, U.S. Army, Retired.   Date: _____.

Signature with Notary Stamp: _____.


NOTARY INFORMATION STAMP AND SIGNATURE DATE BELOW:

Signature: _____.

Date: _____.


OFFICIAL Stamp of NOTARY:

EXHIBIT 1 pg(1 OF 3)

SWORN STATEMENT FROM:

MR. FREDDIE LEE ANDERSON, Plaintiff, vs. Director, VA Hospital, Atlanta, U.S. Department of Veterans Affairs, Defendant.

To: U.S. SENATOR FROM GEORGIA, HONERABLE, MR. JON OSSOFF

To: WHOM IT MAY CONCEREN, CHIEF OF POLICE, VA POLICE, MR. DONALD BARNES

I, Freddie Lee Anderson, do officially make this sworn statement in support of the what has taken place and caused me personally a great deal of unnecessary stressors and illegal practice for a 100 Percent Permanent and Total Mentally Disabled Veteran. To my knowledge, that needs to be investigated – fully, is Ms. Angelyn J. McCrory, Patient Representative Veterans Experience Office, Direct SUPERVISOR/Manager, and or a member of her staff, personally have use their position of authority to personally hurt, harm, and used illegal lies told directly to the Chief of VA Police, Mr. Donald Barnes, via telephone and or in person, about me and other Veterans that are receiving Medical/ Physical and Mental at the Atlanta, VA Hospital, located in Decatur, Georgia, 1670 Clairmont Road, Decatur, Georgia 30033.

This is a direct violation and breach of Oath of Office, on behalf of, Ms. Angellyn J. McCrory to the fullest extent of her duty to uphold her duty as a Department of Veterans Affairs Employee, but worst, this person is a Supervisor/Manager of Department of Veterans Affairs Employees. Ms. Angelyn J. McCrory, Supervisor/Manager and any other member of her staff that has been found of any wrong and illegal behavior after a full investigation, should be immediately Terminated and removed from their official position at the Atlanta Department of Veterans Affairs Hospital. These types of personal do direct harm to not uphold the oath of their office and employment position and should in-turn be immediately terminated and removed from their employment at the Atlanta VA Hospital.

I was approached by, I know now, but did not know at the time, the Chief of VA Police, Mr. Donald Barnes, in the cafeteria on Tuesday, August 5, 2025 at about 8:45 AM or so in the morning. I was totally against this black man, that I did not know who the war at all and just wanted them to leave me alone completely. I think it would have been appropriated for him to first tell me who is first, but that didn't happen at all. Also, it would have been professional to ask one of his offices to ask to come to his office, after I finish my breakfast, and talk about what was on mind and why he needs to talk to me at all. I was already extremely depressed and frustrated, I was not in any mind space and all to talk to anyone about anything at all.

After I seen the Police Bage on his right-side belt, I agreed to listed to him and hear him out. Mr. Donald Barnes had and envelope in his right hand that had about three pictures of me after I

EXHIBIT 1 page(2 OF 3)

presented a Certificate of Appreciation award to Ms. Sharon Cox, I notice that there was a picture of me and Ms. Sharon Cox, taken by and with Mr. Marshall Reid camera. I also noticed that Mr. Marshall Reaid took a picture of me only without Ms. Jennifer Tagoe in the picture, or it was on purpose removed by someone. I though that was very odd that Mr. Marshall Reid would take a picture of me only, when I had presented a Certificate of Appreciation to Mr. Jennifer Tagoe as with her and Ms. Sharon Cox at the same time. The three printed out in Black and white pictures all was taken by Mr. Marshall Reid and, to my knowledge, all given to the Chief of VA Police, Mr. Donald Barnes, by either Ms. Angelyn J. McCrory, Mr. Marshall Reid, or a member of Ms. Angelyn J. McCrory team. Mr. Donld Barnes can fully answer where he got all the pictures from and who, by full name, has made of illegal and official police report against me.

Mr. Donald Barnes, told me that Ms. Angelyn J. McCrory or a male member of her team or stall did a police report to Mr. Donald Barnes, "I, Freddie Lee Anderson, "WAS STALKING Ms. Angelyn J. McCrory in the VA Hospital". I told Mr. Donald Barnes, "THAT IS NOT TURE AT ALL". I do not go around stalking anyone at all, and definitely did not Stalk Ms. Angelyn J. McCrory in any way wat so ever. I believe, in my mind, that Ms. Angelyn J. McCrory is personally, with the help of her staff/team members, retaliation against me personally, because I had to take out an official complaint to Senator Jon Ossoff office directly about her misconduct and not fulfilling her office and the official duty title that she holds and violating her oath of office completely, not tying to help me as a 100 percent Veteran, but doing the opposite, Violate her oath off office, and hold a personal vendetta to use her office to personally degrade, harm and stress Mr. Freddie Lee Anderson to a point of needing addition Mental Health Care for his already Severe Mental Health Service- Connected Mental Health Disorders, PTSD, DPRESSION, BI-POLOR DISORDER, etc..

As a result of the illegal conduct and misconduct that ahs be reported directly to Chief of VA Police, Mr. Donal Barnes, on behalf of Ms. Angelyn J. McCrory and any other members of her stall/team that are involved in ant mis-conduct or illegal behavior at all in anyway, should be immediate, terminated from the Department of Veterans Affairs Health Care System, I will be officially starting the process to Formally to out Legal LAWSUIT against the Department of the Veterans Affairs, Director, Atlanta Veterans Affairs Hospital in the near future while this misconduct id fully being investigated to the full extent of the Federal and State Law.

Mr. Donald Barnes, Chief of Police can fully testify of names, official police complaints against me, his thoughts and personal things he has whiteness and with talking to me personally, all need s to be fully investigated to the fullness of the Federal law. To my knowledge, if is a FEDERAL CRIME TO GIVE A FALSE STATEMENT or POICE REPORT to any official LAW POILCE Officer and any Law enforcement, however, that is what has happened to me personally by Ms. Angelyn J. McCrory and her staff or team members at her direction.

EXHIBIT 1 page (3 of 3)

Signed:  Freddie Lee Anderson, U.S. ARMY, MSG, Retired.                    Dated: August 7, 2025

# EXHIBIT B

## VA Police Report / Incident Report
*(Insert exhibit here before filing)*



**Department of Veterans Affairs**
**Joseph Maxwell Cleland Atlanta VA Medical Center**
**1670 Clairmont Road**
**Decatur, GA 30033**

In Reply Refer to: 508/00P
FOIA # 26-05023--f

January 18, 2026

Freddie Anderson
1438 Greenridge Trail
Lithonia, GA 30058

Dear Mr. Anderson:

This letter is the initial agency decision on your December 15, 2025, request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, submitted to the Atlanta VA Healthcare System for a copy of the following VA Police Report:

- VA Police Report for incident that occurred on December 12, 2025
- Incident: 138 CFR 1.218 (B) (11) Disorderly Conduct (Emergency Room)
- Police report number: 508-2600213-1

- Incident: VA-Information Only
- Police report number: 508-2600226-1

The Atlanta VAHCS Police conducted a search for documents responsive to your request. The search was conducted by utilizing the search criteria of VA Police Service and the Axon/I.R. Reporting System. At the conclusion of the search, Two (2) redacted documents, totaling five (5) pages, was determined to be responsive to your request.

My review of the documents revealed that they contained information that falls within the disclosure protections of FOIA Exemption 7, 5 U.S.C. § 552(b)(7)(C). Exemption 7(C) permits VA to withhold a document or information in a document if the Agency compiled the document for a law enforcement purpose and if disclosure of the information could be reasonably expected to constitute an unwarranted invasion of a living individual's personal privacy. Stated another way, VA may withhold information under exemption 7(C) where there is a reasonable likelihood that disclosure of the information, either by itself or in conjunction with other information available to either the public or the FOIA requester, could result in an unwarranted invasion of an individual's personal privacy without contributing significantly to the public's understanding of the activities of the Federal government.

Freddie Anderson (26-05023-F)
Page Two

This exemption continues to apply to information after completion or cessation of the law enforcement activity in which the information was gathered.

Specifically, the information covered by exemption 7(C) consists of the other party's name, address, and related information. An individual associated with this information has a personal privacy interest in it, particularly when held in records compiled for law enforcement purposes, as in this case.

Further, upon consideration of the matter generally in association with the materials that you submitted; we have not been able to identify a countervailing public interest of sufficient magnitude to outweigh the privacy interest in this case. Consequently, VA denies your request for this information under FOIA Exemption 7(C), 5 U.S.C. § 552 (b)(7)(C).

If you disagree with my determination to withhold the information under FOIA Exemption 7c, please be advised you may appeal to:

> Office of the General Counsel (024)
> Department of Veterans Affairs
> 810 Vermont Avenue, N.W.
> Washington, D.C. 20420
> Email: ogcfoiaappeals@va.gov

If you should choose to file an appeal, your appeal must be postmarked or electronically transmitted no later than ninety (90) calendar days from the date of this letter. Please include a copy of this letter with your written appeal and clearly state why you disagree with the determinations set forth in this response.

You may also seek assistance and/or dispute resolution services for any other aspect of your FOIA request, excluding the release determination, from VHA's FOIA Public Liaison and/or Office of Government Information Services (OGIS) as provided below:

> VHA FOIA Public Liaison:
> vhafoiahelp@va.gov
> Phone: 833-880-8500
>
> Office of Government Information Services (OGIS)
> National Archives and Records Administration
> 8601 Adelphi Road
> College Park, MD 20740-6001
> ogis@nara.gov

Freddie Anderson (26-05023-F)
Page Three


Thank you for your interest in VA.  If you have any further questions, please feel free to
contact me at (404) 321- 6111, extension 20-1100.


Sincerely,


1/18/2026


X Rhonda Adams (Wise)
_____

Rhonda Adams (Wise)
508 Privacy/FOIA Officer
Signed by: RHONDA WISE


Enclosures:  5 pages

Veterans Affairs Police
Incident Report 5082600226-1

# Incident Report ~~██████████~~

**Primary Officer:** ██████████

# Overview

## Incident Overview

**Report Date:** 12/15/2025    **Report Time:** 14:45    **Incident From Date:** 12/12/2025    **Incident From Time:** 00:00

**Judicial District:** Georgia, Northern District

**Location:** 508, VA Atlanta Healthcare System, 7, Joseph Maxwell Cleland Atlanta VAMC, Police Department, 1670 Clairmont Rd, Decatur, GA, 30033, USA

**Location Note:** Room #GA 201    **Does Date Indicate Report Date?:** Yes    **Was report initiated through a field interview?:** Yes

**Is this report taken for a Personal Injury/Slip/Fall?:** No    **Was Force Used by Officer(s)?:** No    **Legacy Record:** No

**DO CONDITIONS NEED TO BE RECORDED?:** No    **Was this a Traffic Accident?:** No

# Offenses

## VA - INFORMATION ONLY    **Author:** ██████████

**Offense:** VA - INFORMATION ONLY    **Severity:** Not Applicable

**Additional Details**

**Offender is Suspected of Using?:** No    **Was Criminal or Gang Activity Involved?:** No    **Was Weapon/Force Involved?:** No

**Was Bias Motivation Involved?:** No    **Cargo Theft:** No

**K9 Utilization**

**Was K9 Utilized?:** No

# Names

## Complainant - Anderson, Freddie Lee    **Author:** ██████████

**Involvement**

**Role:** Complainant    **Offense:** VA - INFORMATION ONLY

**Identity**

**Type:** Known    **Veteran Status:** Veteran    **Employee Status:** Non-Employee    **Last Name:** Anderson    **First Name:** Freddie

**Middle Name:** Lee    **DOB:** 09/09/1960

**Identifying Documents**

**ID Type:** Driver's License    **Issuing State:** Georgia    **ID Number:** 7866

**Description**

**Age:** 65    **Sex:** Male    **Race:** Black or African American

**Contact**

**Address Type:** Home    **Location:** 14387 Greenridge Trail, Lithonia GA 30058

Veterans Affairs Police
Incident Report 5082600226-1

## Names (continued)

**Complainant - Anderson, Freddie Lee** (continued)          Author: ▓▓▓▓▓▓

Phone Number Type: Home

## Vehicles

None reported.

## Property

None reported.

## Narrative by ▓▓▓▓▓▓▓▓          First Submitted: 12/31/2025 16:02

On December 15, 2025, at approximately 1445 hours, veteran Freddie Anderson presented to police services to make a complaint after being escorted out of the Atlanta VA Medical Center facility by VA Police. Mr. Anderson stated that being escorted from the facility caused him significant emotional distress and related this incident to a suicide attempt he had made over the weekend of December 12-14, 2025.

Mr. Anderson stated that he had filed civil action #25M21518 and had that action served on Acting Chief ▓▓▓▓▓▓ and Patient Advocate Chief ▓▓▓▓▓▓ on December 5, 2025, through the DeKalb County Sheriff's Office. According to Mr. Anderson, this civil action was based on allegations that Chief ▓▓▓▓ had engaged in misconduct and inappropriate conduct toward him years ago while they both worked at the HEC (Health Care Facility). Mr. Anderson stated that Chief ▓▓▓▓ had made romantic passes and advances toward him at that time, which he stated he did not reciprocate. Mr. Anderson claimed that his rejection of these advances led to retaliation from Chief ▓▓▓▓ and a pattern of adverse treatment against him within the VA system.

On December 9, 2025, after the civil action was served, Mr. Anderson received a response letter from ▓▓▓▓▓▓ Executive Director of Atlanta VA Health Care System, addressing his correspondence requesting the termination of Chief ▓▓▓▓. The letter acknowledged his concerns but stated that due to privacy protections, no further information would be available regarding his termination request. The letter indicated that ▓▓▓▓▓▓ had been assigned as a single point of contact to assist with unresolved healthcare issues and noted that Chief of Police ▓▓▓▓ had informed Mr. Anderson of this arrangement in person.

Mr. Anderson stated that following the service of his civil action and receipt of the administrative response, he experienced significant emotional distress. He indicated that over the weekend of December 12-14, he attempted suicide. Mr. Anderson attributed his suicidal ideation to what he characterized as a dismissive administrative response and his belief that his complaints had not been adequately addressed by the VA system.

During the course of this investigation, I verified through VA system records that Mr. Anderson had a behavioral flag in the system documenting negative behavioral issues. This flag was noted in his file prior to the events described in this report.

I documented Mr. Anderson's statements and ensured he was allowed to continue to the Emergency Room for evaluation, and crisis intervention. The account of Mr. Anderson's civil filing, his escort from the facility, and his subsequent mental health crisis have been recorded in this report.

Veterans Affairs Police
Incident Report 5082600226-1

## Narrative by ████████████ (continued)        First Submitted: 12/31/2025 16:02

On December 15, 2025, at approximately 1445 hours, veteran Freddie Anderson reported to police services regarding a suicide attempt that occurred over the weekend of December 12-14, 2025. Mr. Anderson provided statements regarding civil litigation he had initiated against VA personnel and events preceding his suicide attempt.

Mr. Anderson stated that he had filed civil action v.25M21518 and had that action served on Acting Chief ████████████ and Patient Advocate Chief ████████████ on December 5, 2025, through the DeKalb County Sheriff's Office. According to Mr. Anderson, this civil action was based on allegations that Chief ████████ had engaged in misconduct and inappropriate conduct during his employment at the HEC (Health Care Facility). Mr. Anderson stated that while working at the HEC with Chief ██████ he alleged that ████ made a pass at him in which he was not interested, and he did not reciprocate. Mr. Anderson claimed that this rejection led to adverse treatment and a pattern of retaliation against him within the VA system for some years.

On December 5, 2025, the same date the civil action was served, Mr. Anderson received a response letter from ████████ ████████ Executive Director of Atlanta VA Health Care System, addressing his correspondence requesting the termination of Chief ████████ The letter acknowledged his concerns but stated that due to privacy protections, no further information would be available regarding his termination request. The letter indicated that ████████████ had been assigned as a single point of contact to assist with unresolved healthcare issues and noted that Chief of Police ██████ had informed Mr. Anderson of this arrangement in person.

Mr. Anderson stated that following the service of his civil action and receipt of the administrative response, he experienced significant emotional distress. He indicated that over the weekend of December 12-14, he attempted suicide. Mr. Anderson attributed his suicidal ideation to what he characterized as a dismissive administrative response and his belief that his complaints had not been adequately addressed by the VA system.

I documented Mr. Anderson's statements and ensured he was able to be checked into the Emergency room for mental health services for evaluation and crisis intervention. The account of Mr. Anderson's civil filing and subsequent mental health crisis has been recorded in this report.

On January 2, 2026, While stationed at the Weapons station, Mr. Anderson approached me and handed me his sworn statement that he wrote and advised he had it notarized. Anderson also advised he placed his same sworn statement into CHATGPT and had the event documented and notarized also. I advised Mr. Anderson that I would add this documentation to his report.

Veterans Affairs Police
Incident Report 5082600213-1

# Incident Report ~~5082600213-1~~

Primary Officer: ██████████████

## Overview

### Incident Overview

Incident From Date: 12/12/2025    Incident From Time: 11:00    Incident To Date: 12/12/2025    Incident To Time: 11:15

Judicial District: Georgia, Northern District

Location: 508, VA Atlanta Healthcare System, 7, Joseph Maxwell Cleland Atlanta VAMC, Main Lobby / Common Area / Hallway, 1670 Clairmont Rd, Decatur, GA, 30033, USA

Location Category: Drug Store/Doctor's Office/Hospital    Does Date Indicate Report Date?: No

Was report initiated through a field interview?: No    Is this report taken for a Personal Injury/Slip/Fall?: No

Was Force Used by Officer(s)?: No    Legacy Record: No    DO CONDITIONS NEED TO BE RECORDED?: No

Was this a Traffic Accident?: No

## Offenses

### 38 CFR 1.218(B) (11) - DISORDERLY CONDUCT    Author: ██████████████

Offense: 38 CFR 1.218(B) (11) - DISORDERLY CONDUCT    NIBRS UCR Code: Disorderly Conduct    Severity: Not Applicable

Completion: Completed

K9 Utilization

Was K9 Utilized?: No

## Names

### Offender - Anderson, Freddie Lee    Author: ██████████████

Involvement

Role: Offender    Offense: 38 CFR 1.218(B) (11) - DISORDERLY CONDUCT

Identity

Type: Known    Veteran Status: Veteran    Employee Status: Non-Employee    Last Name: Anderson    First Name: Freddie

Middle Name: Lee    DOB: 09/09/1960

Identifying Documents

ID Type: Driver's License    ID Number: 7866

Description

Age: 65    Sex: Male    Race: Black or African American

Contact

Address Type: Home

Phone Number Type: Home

Veterans Affairs Police
Incident Report 5082600213-1

## Vehicles

None reported.

## Property

None reported.

Narrative by ███████████

First Submitted: 12/12/2025 12:45

Origin: On 12/12/2025 at approximately 1100 hours, I was dispatched to the emergency room in reference to veteran Freddie Anderson. The Emergency Room staff was instructed to notify police services when Mr. Anderson was discharged. Mr. Anderson was only allowed in the hospital for appointments and Emergency Services. I activated my BWC while on my way to the emergency room.

Observation: Upon arriving on scene to the Emergency Room I observed the offender Mr. Anderson sitting in some chairs near the seclusion room. He was talking on the phone. Once off the phone Charge Nurse ███████████ issued Mr. Anderson his discharged papers.

Narrative: After being issued his discharge papers Mr. Anderson was asked to leave the Emergency Room/VA Property at which time he stated he wasn't leaving until Dekalb County Police arrived on scene. Officer ████ and I again instructed Mr. Anderson he had to leave and that he could wait for Dekalb Police outside. Mr. Anderson began yelling and causing a scene in the Emergency Department. He stated he wasn't leaving as he sat back down in the chairs. Mr. Anderson then stated he had an appointment upstairs in the Mental Health Department and that he was going upstairs. ████ later confirmed through tech ███████████ that Mr. Anderson did not have an appointment in mental health. After confirming Mr. Anderson didn't have an appointment VA Police escorted Mr. Anderson off of the property.

Disposition: VA Police issued a verbal warning to Mr. Anderson for Criminal Trespassing. Mr. Anderson was later escorted off of VA Property without incident. No citations were issued nor were any arrest made.

# EXHIBIT C

**Emergency Room Records - January 5, 2026**
*(Insert exhibit here before filing)*

# Appointments

## December 2025

**31** Wed  2:30 p.m. ET    **VA appointment**          Clinic: ATL GMH MD - IN
                            At Joseph Maxwell Cleland   PERSON
                            Atlanta VA Medical Center    Location: ATL VA CSI 3RD
                                                         FLOOR

## January 2026

**5** Mon  10:30 a.m. ET    **VA appointment**          Clinic: ATL GMH CM-IN
                            At Joseph Maxwell Cleland   PERSON
                            Atlanta VA Medical Center    Location: ATL VA CSI 3RD
                                                         FLOOR

**20** Tue  8:00 a.m. ET    **VA appointment**          Clinic: ATL URO CLINIC-IN
                            At Joseph Maxwell Cleland   PERSON
                            Atlanta VA Medical Center    Location: ATLANTA VA
                                                         MEDICAL CENTER

## April 2026

**13** Mon  7:00 a.m. ET    ~~VA appointment~~          ~~Clinic: ATL PMR MD3-IN~~
                            ~~At Joseph Maxwell Cleland~~ ~~PERSON~~
                            ~~Atlanta VA Medical Center~~ ~~Location: 1C224, ATL VAMC~~

         8:00 a.m. ET       **VA appointment**          Clinic: AVC PACT MD 9-IN
                            At Atlanta VA Clinic         PERSON
                                                         Location: ATLANTA VA
                                                         CLINIC

EX-C

**16** Thu   7:00 a.m. ET        **VA appointment**              Clinic: ATL PMR MD3-IN
                                 At Joseph Maxwell Cleland        PERSON
                                 Atlanta VA Medical Center        Location: 1C224, ATL VAMC

---

# July 2026

**15** Wed   7:30 a.m. ET        **VA appointment**              Clinic: AVC DENTAL
                                 At Atlanta VA Clinic             HYGIENIST 2
                                                                 Location: ATLANTA VA
                                                                 CLINIC

---

**29** Wed   8:00 a.m. ET        **VA appointment**              Clinic: ATL OPHTH-IN
                                 At Joseph Maxwell Cleland        PERSON
                                 Atlanta VA Medical Center        Location: 1C153, EYE
                                                                 CLINIC

Feedback

EXHIBIT 1



# Scheduled Appointments for ANDERSON, FREDDIE LEE

Printed On: 12/4/2025, 4:41:46 PM

| DATE | CLINIC | CLINIC TIME ZONE | STATUS |
|---|---|---|---|
| | | | FUTURE |
| Dec 31, 2025 @ 2:30 PM | ATL GMH MD 9 | EASTERN | FUTURE |
| Jan 6, 2026 @ 10:30 AM | ATL GMH CM 3 | EASTERN | FUTURE |
| Jan 20, 2026 @ 9:00 AM | ATL URO ATTENDING-2 NEW | EASTERN | CANCELLED BY PATIENT |
| Apr 13, 2026 @ 7:00 AM | ATL PMR MD3 | EASTERN | FUTURE |
| Apr 13, 2026 @ 8:00 AM | AVC PACT MD 8 | EASTERN | FUTURE |
| Apr 16, 2026 @ 7:00 AM | ATL PMR MD3 | EASTERN | FUTURE |
| Jul 15, 2026 @ 7:30 AM | AVC DENTAL HYGIENIST-2 | EASTERN | FUTURE |
| Jul 29, 2026 @ 8:00 AM | ATL OPHTH-SPECIALTY1 | EASTERN | |

# EXHIBIT D

**Psychiatric Admission Records**
*(Insert exhibit here before filing)*

# EMORY
## HEALTHCARE

## AFTER VISIT SUMMARY

📅 12/16/2025  📍 Emory Decatur Hospital  404-501-1000

**Fred L. Anderson**  MRN: 6557916
CEID: EMH-VXKS-5F4Z-NLXW

## Instructions
Your personalized instructions can be found at the end of this document.

## What's Next
You currently have no upcoming appointments scheduled.

## You are allergic to the following

| Allergen | Reactions |
|---|---|
| Morphine | Rash |

## Your Medication List
You have not been prescribed any medications.



# EXHIBIT E

**Psychiatric Discharge Records - January 9, 2026**
*(Insert exhibit here before filing)*

December 16, 2025

**EMORY**
**HEALTHCARE**

| | | | |
|---|---|---|---|
| **Patient:** | Fred L Anderson | **Department** | EMORY DECATUR |
| **Date of Birth:** | 9/9/1960 | **Information:** | HOSPITAL |
| **Date of Visit:** | 12/16/2025 | | EMORY DECATUR |

**Department Information:** EMORY DECATUR HOSPITAL
EMORY DECATUR HOSPITAL
2701 N DECATUR RD
DECATUR GA 30033-5918

To Whom It May Concern:

Fred Anderson was seen and treated in our emergency department on 12/16/2025.
He may return to work on 12/17/2025.


NOTE: If symptoms continue and the employee is unable to perform the full duties of their job by this date, please advise the employee to return to this facility or make an appointment with the referral physician for further evaluation.

# EXHIBIT F

## Written Complaints / Grievances / Correspondence
*(Insert exhibit here before filing)*

EXHIBIT 2 page (1 OF 2)



# JON OSSOFF
## U.S. SENATOR FROM GEORGIA
Release and Authorization Form

Complete and return this form to the Office of Senator Jon Ossoff so that we can assist you in the matter described below.
Pursuant to the Privacy Act of 1974, our office cannot assist individuals without their express written consent.

### PLEASE PRINT CLEARLY

Full Name: FREDDIE L          LEE          ANDERSON

Date of Birth: 09 / 09 / 1960          Daytime Telephone: (404)-823-2251

Email: ANDERSONF2002@yahoo.com   Alternate Telephone: _____

Address: 1438 GREENRIDGE TRAIL

City: LITHONIA          GEORGIA   Zip: 30058

If applicable, please provide the following information:          Social Security #: 179-5-2-9971

Federal Agency Involved: ATLANTA VA HOSPITAL

Veteran Claim #: 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          Student Loan Account #: N/A

Branch of Service: U.S. ARMY          Mortgage Servicer: N/A

          Mortgage Loan #: N/A

State Dept. Case #: _____

Nature of Problem: Please provide a written description below regarding the nature of your problem and the assistance you are seeking. Providing as much detail as possible will improve our ability to assist you.

Please read ATTACHED FULL COMPLAINT OF RETALIATION FROM ATLANTA VA HOSPITAL, SUPERVISOR / MANAGER Ms. ANGELYN J. McCRORY AND ALL STAFF AND TEAM MEMBERS INVOLVED WITH MISCONDUCTED BY GIVEN FALSE STATEMENT TO CHIEF OF POLICE Mr. DONALD BALES "Mr. ANDERSON "IS STALKING ME" THAT IS NOT TRUE AT ALL". Mr. ANDERSON "IS VIOLATING SMOTHING by GIVING OUT CERTIFICATES OF APPRECIATIONS" TO WORKER AT THE VA HOSPITAL, Mr.

By signing below I am requesting and authorizing the Office of U.S. Senator Jon Ossoff to intercede on my behalf, including the right to review all appropriate documentation that he or his staff deems necessary in connection with the application for assistance or any other action I have pending with the agency named above. I understand that any documents I provide to Senator Jon Ossoff or his staff may be copied and forwarded to officials of the agency listed above for review. I acknowledge that the information I provide is complete and truthful.

I hereby authorize the Office of Senator Jon Ossoff to act on my behalf with any federal agency relevant to the matter described above, and therefore waive all rights in the release of any and all related information and records.

          Date: August 7, 2025

Signature: _____

Please return the original, complete, and signed form by:

U.S. Mail:          Email:          Fax:
                    (202) 228-6899

EXHIBIT 2 page (2 0F2)

Privacy Release Form (Office of Sen. Ossoff)

From:  Office of U.S. Senator Jon Ossoff (casework@ossoff.senate.gov)

To:  andersonf2002@yahoo.com

Date:  Wednesday, August 6, 2025 at 02:57 PM EDT

**JON OSSOFF**
GEORGIA

# United States Senate
WASHINGTON, DC 20510—1011

August 6, 2025

Mr. Freddie Anderson
1438 Greenridge Trail
Lithonia, GA 30058-2204

Dear Mr. Anderson,

Thank you for contacting me to request assistance. As your U.S. Senator, it is my honor to assist you with your federal inquiry. Under federal law, however, I am required to obtain your written consent before I or my staff can begin working on your case.

As you may know, the Privacy Act of 1974 prohibits the disclosure of information from the personal records maintained on file by agencies of the Federal Government without the written consent of the individual concerned. The purpose of this Act is to protect the privacy of individuals and ensure that no one may gain access to personal information. You may provide the necessary written consent by completing the Privacy Release Form (PRF) enclosed with this letter.

Once your PRF is completed and signed with a wet signature, please return this to my office:

- By email at CaseworkTeam@ossoff.senate.gov;
- By U.S. mail to 271 17th Street NW, Suite 1510, Atlanta, GA 30363; or
- By fax to (202) 228-6899.

Once your completed and signed form is received, I will contact the appropriate federal agency to begin an inquiry on your behalf.

If you have questions, please don't hesitate to contact my office by phone at (470) 786-7800. I look forward to assisting you.

Sincerely,

Jon Ossoff
United States Senator

Privacy Release Form_(Sen._Jon_Ossoff).pdf
439.5 kB

EXHIBIT 3 page(1 of 6)

**Fw: Extremely Unprofessional and Degrading Experience Today and over the last Three Weeks, By your PATIENT AVICATE TEAM AND Ms. Angelyn J. McCrory and Mrs. Emily Hunt-Brown**

From:   Freddie Anderson (andersonf2002@yahoo.com)

To:     donald.barnes5@va.gov

Cc:     andersonf2002@yahoo.com; mark.jenkins2@va.gov

Date:   Tuesday, August 5, 2025 at 11:48 AM EDT

Resent emails sent to Senator John Ossoff Team and staff. I will start a retaliation complaint Against the VA Hospital, Director and staff member Ms. Angelyn J. McCrory and her staff that she is using for her personal retaliation against Mr. Freddie Lee Anderson. Is a 100 percent Disabled Veteran that is totally and permanent disabled and mentally disabled able as well 100 percent Disabled. I will start the retaliation complaint today, or as soon as Senator John Ossoff staff team can receive my complaint against the VA Hospital Director and his staff member Ms. Angelyn J. McCrory and Mrs. Emily Hunt -Brown.

Thank you.

Best Regards,

Mr. Freddie Lee Anderson
U. S. Army Retired.
404-823-2251 (m)
Email: andersonf2002@yahoo.com

Yahoo Mail: Search. Organize. Conquer

    — Forwarded Message —
    From: "Freddie Anderson" <andersonf2002@yahoo.com>
    To: "lovetta.ford@va.gov" <lovetta.ford@va.gov>, "Ann R. Brown" <ann.brown@va.gov>

Sent: Mon, Jul 10, 2023 at 9:21 AM
Subject: Fw: Extremely Unprofessional and Degrading Experience Today and over the last Three Weeks, By your PATIENT AVICATE TEAM AND Ms. Angelyn J. McCrory and Mrs. Emily Hunt-Brown

    — Forwarded Message —
    From: Freddie Anderson <andersonf2002@yahoo.com>
    To: caseworkteam@ossoff.Senate.Gov <caseworkteam@ossoff.senate.gov>
Sent: Monday, July 3, 2023 at 11:41:27 AM EDT
Subject: Fw: Extremely Unprofessional and Degrading Experience Today and over the last Three Weeks, By your PATIENT AVICATE TEAM AND Ms. Angelyn J. McCrory and Mrs. Emily Hunt-Brown

Forwarded - For your Action at Atlanta VA Medical Center Hospital, Director, Ann R. Brown, or Deputy Director, Lovetta Ford.
Sent to United States Senate. Jon Ossoff's Office - Case Worker Team.

Freddie L. Anderson
404-823-2251 (M)
andersonf2002@yahoo.com

    — Forwarded Message —
    From: Freddie Anderson <andersonf2002@yahoo.com>

EXHIBIT 3 page (2 OF 6)

To: Ann.Brown@VA.gov <ann.brown@va.gov>
Sent: Wednesday, June 21, 2023 at 04:06:38 PM EDT
Subject: Extremely Unprofessional and Degrading Experience Today and over the last Three Weeks, By your PATIENT AVICATE TEAM AND Ms. Angelyn J. McCrory and Mrs. Emily Hunt-Brown

Good morning, VA Atlanta, Hospital Director, Ms. Ann Brown,

Director, Ms. Ann Brown, I'm extremely, embarrassed and deeply hurt, that I have been forced to email you about a VA Atlanta Hospital matter that should of been handled at the VA Atlanta Hospital Patient Abacate Team and Level, but it has not been and followed up at all by Ms. Angelyn J. McCorory at all in any way. I came to your office in the VA Hospital, after leaving a Mental Emergency to talk to a Social Worker, on or about Wednesday, June 1,2023 at about 9AM, about a very serious vicious attack I experienced at an ATOZONE by two very bad attackers. I had to be taken to the Grady Hospital Emergency Trauma Center, on Saturday, May 13, 2023, at about 9PM or so. I was very badly attached and was in very bad shape, physically, mentally and emotionally. I stayed in the Grady Hospital Emergency Trauma Center over night until about 12noon on Sunday, May 14, 2023. I had to request immediate Physical and Mental Health Care from the VA Atlanta Hospital and the VA Atlanta Clinic in Decatur, GA.

I came to your office on or about Wednesday, June 1, 2023, about 11AM or so. While waiting in your office to try and get on your calendar, if possible, I was introduced to Ms. Angelyn J. McCrory, Chief Veterans Experience Officer. Ms. McCrory said." I KOW YOU". I said " YES, YOU DO KNOW ME FROM VA Heath Eligibility Center (HEC), where we both work there together. I felt uncomfortable sharing my personal information with Ms. Angelyn J. McCrory, because I remember when I worked at the HEC, Ms. Angelyn J. McCrory had made advancements towards me, "LIKE SHE WANTED TO DATE ME", that I rejected at the time. I have no idea, if Ms. Angelyn J. McCrory has something going on in her mind not to be totally professional with her current job or not, but Ms. Angelyn J. McCrory's lack of action and unprofessionalism is why I had to write you this letter to the VA Atlanta Hospital Director.

Ms. Angelyn J. McCrory told me after our thirty plus minute conversation in her office, while we were at the elevator on the third floor, that "SHE WILL CALL ME SOON AND GIVE ME A STATUS ON MY ISSUES I ADDRESSED TO HER IN HER OFFICE". Over two (2) weeks went by and I did not hear from Ms. Angelyn J. McCrory at all to give me feedback on my case and issues that I explained to her I need help to address and resolve. One of things that hurt me so much as a 100% Disabled Veteran and I worked in this same VA Atlanta Hospital, in the IT Helpdesk Department and the Health Eligibility Center (HEC) for several years, is that; all I needed was a professional call back and an update from Ms. Angelyn J. McCrory, but she refused to call me at all. I even came to your director's office again on Thursday, last week, June 15, 2023, at about 9AM to talk to Ms. Angely J. McCrory about the status about me at the VA Health Care System issues and my case. The receptionist at your Director's Receptionist Desk, dialed Ms. Angelyn J. McCrory's office phone for me, because the extension number she has on her VA business card does not go to her at all and I'm sure she knows that it doesn't. work at all to call her directly. Ms. Angelyn J. McCrory answers the phone, when the receptionist dials her and tells the receptionist to tell me, "I'M IN MEETINGS ALL DAY, ILL CALL HIM BACK LATER TODAY".

I walked away from the area and left the VA Atlanta Hospital, feeling like, I will not get a call from Ms. Angelyn J. McCrory at all today. I waited all day until after 6PM that same evening for a call from Ms. Angelyn J. McCrory, but she never called me at all. I was deeply hurt and disappointed that Ms. Angelyn J. McCrory, Chief, Veterans Experience Officer, HOW IN THE WORLD CAN SHE HAVE A JOB AND TIITLE LIKE THAT. and to be so very unprofessional and disrespectful to Veterans and to me personally. That is one of the worst feelings in my life, especially because Ms. Angelyn J. McCrory was one of my co-workers at the Health Eligibility Center (HEC) many years ago. Ms. Angelyn J. McCrory was extremely unprofessional and definitely out of place, when she said to me, "ALONZO CAMPBELL, DIDN'T DO SHIT WHILE HE WORKED AT THE VA ATLANTA HOSPITAL, ALL HE DID IS CARRY AROUND A LABTOP". I thought that Ms. Angelyn J. McCrory language and talking down about a previous IT Co-worker that I had the deepest respect for was very degrading of her, totally unprofessional of her and had nothing to do with me issues with the VA Atlanta Hospital and VA Atlanta Clinic in Decatur. I told Ms. Angelyn J. McCrory that Alonzo Campbell was the person the gave me the Employment Announcement that I applied for and got selected to work at the Health Eligibility Center (HEC) to work in the IT Department as a IT Network Administrator/Engineer. Ms. Angelyn J. McCrory did lie to me when she said she told me that it would take about seven days to let me know something on my issues and cars I addressed with her in her office, but she forgot that over two weeks has passed already, when she said that in the Receptionist area last week on Friday, 16, 2023 at about 9 AM that morning. Ms. Angelyn J. McCrory tried to clean-up her lies with me-but she cannot clean up her lies because date, times, and facts don't lie. The truth will always be the truth, but you will never tell a lie the same exact way twice ever.

EXHIBIT 3 pg (3 OF 6)

The third and final time I came to your Directors Office Receptionist Area, we today, Wednesday, June 21, 2023. I came again today, because no one on the Patient Advocate Team, not Ms. Angelyn J. McCorory, Mr. George Haizlip or Ms. Emily Hunt-Brown, did not say or explain that anyone that want to communicate with or get on the VA Atlanta Hospital Directors' Calendar, must communicate with them vis email only. That is why I'm writing you now before going to visit and see my congressman or Senator next with my concerns and issue with my issues with your Patient Advocate Team, lead by Ms. Angelyn J. McCrory, Chief, Veterans Experience Officer, that clearly demonstrated to me and Ms. Emily Hunt-Brown, they do not care about the concerns and Helping Veterans in their current jobs at VA Atlanta Hospital working directly with Veterans in the Patient Advocacy Team and section.at the VA Atalanta Hospital.

Ms. Emily Hunt-Brown invited herself in our one-on-one meeting I was having with Mr. George Haizlip, and I did not want her presents in our meeting at all, but she stayed anyway which was very unprofessional, uncomfortable and disrespectful to me. and the conversation I was having with Mr. George Haizlip, that was the person who came and got me from the Directors' Office Receptionist Area and walk me to his office downstairs so I can give him my complaints and lack of professionalism from Ms. Angelyn J. McCrory, that I be live is his supervisor and for Ms. Emily Hunt-Brown also. Mr. George Haizlip allowed Ms. Emily Hunt-Brown to stay in our meeting against my wishes and directions to him.

Mr. George Haizlip as me to start over and start telling my unprofessional issues about Ms. Angelyn J. McCrory that I personally experienced that has been mentioned already in this email to you.

Ms. Emily Hunt-Brown was very RUDE, Unprofessional and down-right nasty towards me in this meeting that she was not invited and barged her way in. The more Ms. Emily Hunt-Brown listen to me talk and tell what was on my mind about my issues and the unprofessional experience I received from their Supervisor, Ms. Angelyn J. McCrory, she continued to get Extremely ruder and cutting me off talking over and over again and said," to Mr. George Haizlip, " CALL THE POLICE AND GET HIM OUT OFF HERE", I said to Ms. Emily Hunt-Brown and Mr. George Haizlip, " I have done nothing wrong, why are you calling the police", Ms. Emily Hunt-Brown, said," WE JUST NEED YOU OUT OF HERE AND WE SHOULD NOT BE DICKTATING YOU WITH COMPLAINTS ABOUT OUR SUPERVIOR".

I think it was completely unprofessional and wrong for Ms. Emily Hunt-Brown to want to or to tell Mr. George Haizlip to call the police when I was very respectful and had a great conversation with Mr. George Haizlip that was productive and professional, until Ms. Emily Hunt-Brown disrespectfully took over our conversation and told Mr. George Haizlip what to do and when to do it during her whole time in Mr. George Haizlip's office that she was not invited by me at all. Ms. Goerge Haizlip asked me to open his door when we heard a knock-on hid door while he and I was in conference and conversation. Again. I did not welcome Ms. Emily Hunt-Brown into our conversation or meeting at all. I did not want her there with me and Mr. Goerge Haizlip at all whatsoever. I felt very uncomfortable with Ms. Emily Hunt-Brown with us and in my conversation with Mr. Goerge Haizlip. After Ms. Emily Hunt-Brown insist that we end this meeting and call the police, I asked Mr. George Haizlip, "IS THIS MEETING OVER?", Mr. Goerge Haizlip, said "YES". Mr. George Haizlip followed the instructions and unprofessional wishes of Ms. Emily Hunt-Brown, who should have never been in the meeting and conversation at all in the first place and was very much uninvited be me and was very nerve racking and controlling nature. Ms. Emily Hunt-Brown was not at all a good listener, she continues to interrupt me while I'm trying to talk over and over again. Mr. George Haizlip was a much better listener and professional, I just did not approve and want him to allow Ms. Emily Hunt-Brown to dominate a conversation that was unwanted totally by me and I did not approve of at all. Ms. Emily Hunt-Brown should have never interrupted or rudely invited herself and stayed in the room with me and Mr. George Haizlip and our private conversation. I think that that type of behavior of Ms. Emily Hunt-Brown joining me and Mr. George Haizlip private conversation between him and I, Not Ms. Emily Hunt-Brown taken over our conversation and calling the police on me and ending our conversation. That whole situation was totally unprofessional, wrong and just disrespectful totally.

When Ms. Emily Hunt-Brown notice a VA police office outside Mr. George Haizlip's Office door, she ask the VA police to come in and remove me from the Mr. George Haizlip's Office. The VA police officer was extremely professional. and treated me like a real person and was very polite. This VA police office greeted me ask me my name and was so very professional and respectful, that if I ever see that officer again, I will thank him so much for his professionalism and respect for all veterans. This VA police officer deserves a commendation medal. I will try to find this VA police Officer and thank him again for his professionalism. and respect that hi demonstrated at all times. Very good job having VA police officers like this outstanding men on the job at the VA Hospital.

The VA police officer was so pleasant and professional. I just got up and walked out of Mr. Goerge Haizlip's office and talked to this VA police office outside the door of Mr. George Haizlip's office in the hallway. Mr. George Haizlip stayed right there with me and the VA police office while me and this outstanding professional. Officer talked and had a conversation together. However, to Ms. Emily Hunter-Brown I needed to be removed period from the office or maybe in her mind removed from the VA Atlanta Hospital Building altogether, I don't know, but I know, that in my opinion Ms. Angelyn J. McCrory and Ms. Emily Hunt-Brown should not be working directly with our nations Veterans at all

EXHIBIT 3 page (4 OF 6)

anymore. They both have violated their Oath of office and totally has caused another Veteran to experience unnecessary lack of professionalism and care for Veterans around the world and at the VA Atlanta Hospital as the Director of the VA Atlanta Hospital you have an opportunity professionally to make changes where they are needed to help all Veterans that are assigned and passthrough the VA Atlanta Hospital.

In closing, that you so much for your time Ms. Ann Brown and for anything you fell is necessary to make changes within the VA Atlanta Hospital system for all Veterans and Employees.

Thank you again for your time. My name is Freddie Lee Anderson, last four of SSN# 9971, my phone number if you want to call me, you are more than welcome to call me if you like. My number is 404-823-2251 (M). you can reach me hear day or night, its my cell phone number.

Have a blessed and wonder ful day.

Respectfully,

Freddie Lee Anderson
1438 Greenridge Trail
Lithonia, GA 30058

Phone: 404-823-2251 (M)
Email: andersonf2002@yahoo.com

Freddie L. Anderson
404-823-2251 (M)
andersonf2002@yahoo.com

EXHIBIT 3 Page (5 OF 6)

## Fw: Recommendation and Accommodation for Outstanding Job Performance Award to VA Police OFFICER BENNETT, DAVID

From:  Freddie Anderson (andersonf2002@yahoo.com)

To:    donald.barnes5@va.gov

Cc:    andersonf2002@yahoo.com; mark.jenkins2@va.gov

Date:  Wednesday, August 6, 2025 at 07:32 AM EDT

Good morning, Chief of VA Police, Mr. Donald Barnes,

Per our conversation yesterday, in the VA Hospital Cafeteria, when I was trying to eat breakfast alone and was approached by you on August 5, 2025, at about 8:45 0r so.

This is the letter that was forwarded and presented to VA Police OFFICER DAVID BENNETT on June 22, 2023, in Chief of VA Police, Ms. Beverly Banks' Office.

Freddie L. Anderson
404-823-2251 (M)
770-687-2928 (H)
andersonf2002@yahoo.com

— Forwarded Message —
From: Freddie Anderson <andersonf2002@yahoo.com>
To: Beverly.Banks@VA.GOV <Beverly.Banks@VA.GOV>; ann.brown@va.gov <ann.brown@va.gov>; david.bennett@va.gov <david.bennett@va.gov>
Sent: Thursday, June 22, 2023 at 07:43:58 PM EDT
Subject: Recommendation and Accommodation for Outstanding Job Performance Award to VA Police OFFICER BENNETT, DAVID

Good evening, Chief of VA Police, Ms. Beverly Banks,

I'm extremely, proud and delighted to write this letter of Recommendation and Accommodation for Outstanding Job Performance Award to VA Police OFFICER BENNETT, DAVID. I'm recommending this award to VA Police Officer Bennett, David for when he was call by Patient Advocate Team Member, Ms. Emily Hunt-Brown, because she wanted to stop Mr. Freddie Lee Anderson, a 100% Disabled Retired Veteran from making a verbal to written settlement and complaint to Mr. George Haizlip, a Patient Advocate Team Member, that he was giving his verbal statement to; while Mr. George Haizlip was typing his statement and complaint in his office. Ms. Emily Hunt-Brown barged her way into our meeting unwelcomed be me totally. Ms. Emily Hunt-Brown was extremely unprofessional, extremely rude, very degrading, and constantly cut me off every time while I was trying to give Mr. George Haizlip my verbal complaint, statement and unprofessional behavior about their Supervisor, Ms. Angelyn J. McCrory. The more I tried to give my verbal statement and concerns about Ms. Emily Hunt-Brown and Mr. George Haizlip direct Supervisor, Ms. Angelyn J. McCrory, Chief, Veterans Experience Officer. Ms. Emily Hunt-Brown told Mr. George Haizlip, the meeting is over and call the police and I want you Mr. Freddie Lee Anderson to leave this office. Ms. Emily Hunt-Brown was not invited in our conversation with Mr. George Haizlip at all by me, but she come in uninvited by me for sure and did not want and stop me from giving a statement. about unprofessional behavior from her Supervisor, Ms. Angelyn J. McCrory, Chief, Veterans Experience Officer. I found out later that Ms. Emily Hunt-Brown was requested to be in the room, maybe by her Supervisor, Ms. Angelyn J. McCrory to stop the meeting and stop me from giving my verbal complaint, which is so wrong and unprofessional in every way.

VA Police Officer Bennett, David was extremely police, respectful and extremely professional with the situation at hand. He defused the situation and made me feel respected and proud to be a veteran. I commend VA Police Officer Bennett, David for not allowing Ms. Emily Hunt-Brown's unprofessional behavior, and evil nature to try to continue to

EXHIBIT ⬛ 3 page (6 oF 6)

allow her Supervisor, Ms. Angelyn J. McCrory, Chief, Veterans Experience Officer to continue to protect her and allow unprofessional. behaviors towards the Veterans that pass through or assigned to the VA Atlanta Hospital.

In closing, for VA Police Officer Bennett, David's outstanding job performance and professionalism that should be emulated by all fellow VA Police Officers, I do her request a Recommendation and Accommodation for Outstanding Job Performance Award to VA Police OFFICE BENNETT, DAVID.

A COPY OF THE LETTER AND AWARD RECOMMENDATION WILL BE SENT TO THE VA ATLANTA HOSPITAL DIRECTOR'S EMAIL, DIRECTOR, ANN BROWN.

Thank you for you outstanding job performance VA Police Office Bennett, David.

Respectfully.

Signed:

Freddie L Anderson, U.S. Army, MSG, (Retired)
404-823-2251 (M)
andersonf2002@yahoo.com

TBT D



DEPARTMENT OF VETERANS AFFAIRS
Atlanta VA Health Care System
1670 Clairmont Road
Decatur, GA 30033
www.va.gov/atlanta-health-care/

In Reply Refer To: 508/VEO

Mr. Freddie L. Anderson
14387 Greenridge Trail
Lithonia, GA 30058-2204

Dear Mr. Anderson:

I am in receipt of your correspondence package titled 'Letter of Recommendation for Termination of Ms. Angelyn J. McCrory, Veteran Experience Office, Atlanta VA Health Care Medical Center, 1670 Clairmont Road, Decatur, GA 30033'. Thank you for sharing your concerns.

I understand you are frustrated with the response you received from the patient advocate team in 2023. I am sorry you had a negative experience. To protect the privacy of all involved, we do not discuss individual personnel matters so no further information will be available on your request to terminate an employee.

To accommodate your concerns with the patient advocate team, you have been given a single point of contact in Mr. Mark Jenkins. His role is to assist with unresolved issues regarding healthcare access and treatment at the Atlanta VA. I'm pleased to learn through Mr. Jenkins there are no current unresolved concerns with your healthcare, and you are actively utilizing Community Care for your treatment.

Moving forward, please present to our medical center only to receive healthcare services including scheduled appointments or emergency care. Chief of Police Barnes informed me he shared that information with you today in person.

If you have a new concern related to healthcare access or treatment and are unable to resolve it at the point of service, please contact Mr. Jenkins who can assist. He can be reached through MyHealtheVet secure messaging, telephone or in person. Your request for termination of an employee would not be considered a new issue related to healthcare access or treatment.

I have taken your experience under advisement and again apologize for your experience. Thank you for choosing the Atlanta VA Health Care System for your healthcare needs.

Sincerely,

Kai D. Mentzer
Executive Director
Atlanta VA Health Care System



DEPARTMENT OF VETERANS AFFAIRS
Atlanta VA Health Care System
1670 Clairmont Road
Decatur, GA 30033
www.va.gov/atlanta-health-care/

In Reply Refer To: 508/VEO

Mr. Freddie L. Anderson
14387 Greenridge Trail
Lithonia, GA 30058-2204

Dear Mr. Anderson:

I am in receipt of your correspondence package titled 'Letter of Recommendation for Termination of Ms. Angelyn J. McCrory, Veteran Experience Office, Atlanta VA Health Care Medical Center, 1670 Clairmont Road, Decatur, GA 3003'. Thank you for sharing your concerns.

I understand you are frustrated with the response you received from the patient advocate team in 2023. I am sorry you had a negative experience. To protect the privacy of all involved, we do not discuss individual personnel matters so no further information will be available on your request to terminate an employee.

To accommodate your concerns with the patient advocate team, you have been given a single point of contact with Mr. Mark Jenkins. His role is to assist with unresolved issues regarding healthcare access and treatment in the Atlanta VA healthcare System. I'm pleased to learn through Mr. Jenkins there are no current unresolved concerns with your healthcare, and you are actively utilizing Community Care for your treatment.

Moving forward, please present to our medical center only to receive healthcare services including scheduled appointments or emergency care. Acting Chief of Police, Donald Barnes informed me he shared that information with you in person on December 4, 2025.

If you have a new concern related to healthcare access or treatment and are unable to resolve it at the point of service, please contact Mr. Jenkins who can assist. He can be reached through MyHealtheVet secure messaging, telephone or in person. Your request for termination of an employee would not be considered a new issue related to healthcare access or treatment.

I have taken your experience under advisement and again apologize for your experience. Thank you for choosing the Atlanta VA Health Care System for your healthcare needs.

Sincerely,

Kai D. Mentzer
Executive Director

DEPARTMENT OF VETERANS AFFAIRS
Atlanta VA Health Care System
1670 Clairmont Road
Decatur, GA 30033
www.va.gov/atlanta-health-care/

In Reply Refer To: 508/VEO

Mr. Freddie L. Anderson
14387 Greenridge Trail
Lithonia, GA 30058-2204

Dear Mr. Anderson:

I am in receipt of your email requesting I take three actions related to a negative experience you encountered with a member of our Veteran Experience Office staff in 2023 involving the VA Police Service. As I shared with you on November 5, 2025, your privacy is important to me. As email is not a secure form of communication, I am responding via letter. The first request is that I review your Congressional correspondence from 2023, the second is I terminate an employee and the third is that we meet to discuss this encounter. I apologize for your experience.

I have reviewed the Congressional correspondence which is primarily related to requests for mental health care. I'm pleased to read those have been resolved and you remain active through the Community Care program.

In response to your request that I terminate an employee for the role in this 2023 encounter, the privacy of our Veterans and employees is important to us. Unfortunately, I cannot discuss any personnel actions with you but as I indicated in my initial response, I regret you've had a negative experience and I appreciate you bringing it to my attention.

The third request is to have a meeting to discuss the encounter prior to you filing a civil lawsuit. Because I was not employed by the Atlanta VA at the time of the encounter, it would not be prudent of me to discuss as there is no additional information I can provide. However, to ensure you do not have to engage with the employee identified, you were assigned a single point of contact in the Veteran Experience Office for all healthcare related issues that cannot be resolved at the point of service. Mr. Mark Jenkins stands by willing and able to assist with current healthcare concerns. I'm happy to learn there are no active issues with your healthcare.

Thank you for choosing the Atlanta VA Health Care System for your healthcare needs.

Sincerely,

Amy Whitaker, LCSW, CPXP
Atlanta VA Health Care System

EXHIBIT 4 page (of L)

# Certificate of Appreciation

This certifies that

## *JAMAAL PARKER*

in recognition of outstanding service for

EXCEPTIONAL CUSTOMER SERVICE AND LEADERSHIP WHILE WORKING AS A PATIENT REPRESENTATIVE VETERANS EXPERIENCE OFFICE, ATLANTA VA MEDICAL CENTER.

has been duly selected by the

Committee of Awards to receive this certificate

Given on this day of 1 August

In the year 2025

FREDDIE ANDERSON, U.S. Army, Retired

Signature



U.S. DEPT. of VETERANS AFFAIRS

Signature

LETTER OF RECOMMENDATION FOR TERMINATION OF MS. Angelyn J. McCrory, VETERAN EXPERIENCE OFFICE, ATLANTA VA HEALTH CARE MEDICAL CENTER, 1670 CLAIRMONT ROAD, DECATUR, GA 3003

TO. DIRECTOR, Dr. David M. Walker, Network Director, VISN 07,
          3700 Crestwood Parkway, Suite 500, DULUTH, GA 30096

COPY TO. DIRECTOR, Mr. KAI MENTZER, VA ATLANTA HEATH CARE, MEDICAL CENTER DIRECTOR, 1670 CLAIRMONT ROAD, DECATUR, GA 30003

FROM, Mr. Freddie L Anderson, U.S. Retired, OPM, Civil Service, GS, Retired.
          1438 Greenridge Trail, Lithonia, GA 30058
          Email, andersonf2002@yahoo.com
          Phone number, 404-823-2251, mobile.

Director, Dr. David M. Walker, it's with great sadness that I'm requesting this letter of recommendation for termination of Ms. Angelyn J. McCorory, VETERAN EXPERIENCE OFFICE, ATALANTA VA HEALTH CARE MEDICAL CENTER for one of your employees that works with-in VISN 07 network. I have attached many documents and emails that support this letter of recommendation for the termination of Ms. Angelyn J. McCrory, VETERAN EXPERIENCE OFFICE, ATLANTA VA HEALTH CARE MEDICAL CENTER, 1670 CLAIRMONT ROAD, DECATUR, GA 30033. Please read the complete attached documents and emails to further support this recommendation of termination from Ms. Angelyn J. McCorory, VETERAN EXPERIENCE OFFICE, ATALANTA VA HEALTH CARE MEDICAL CENTER, current official position, due to her criminal and deliberate harm to me personally, and other veterans in her official position in the VETERAN EXPERIENCE OFFICE, ATALANTA VA HEALTH CARE MEDICAL CENTER, 1670 CLAIRMONT ROAD, DECATUR, GA 30033. Please feel free to call, email, or write me if you have any questions or concerns of this unusual request of this LETTER OF RECOMMENDATION FOR TERMINATION OF MS. Angelyn J. McCrory, VETERAN EXPERIENCE OFFICE, ATLANTA VA HEALTH CARE MEDICAL CENTER, 1670 CLAIRMONT ROAD, DECATUR, GA 30033.

Thank you for your time, support, and consideration of this request, Dr. David M. Walker, NETWORK DIRECTOR, VISN 07.

SIGNED. FREDDIE L. ANDERSON, U.S. ARMY, RETIRED.        DATED. NOVEMBER 17, 2025

Fw: Extremely Unprofessional and Degrading Experience Today and over the last Three Weeks, By your PATIENT AVICATE TEAM AND Ms. Angelyn J. McCrory and Mrs. Emily Hunt-Brown

From: Freddie Anderson (andersonf2002@yahoo.com)

To:    donald.barnes5@va.gov

Cc:    andersonf2002@yahoo.com; mark.jenkins2@va.gov

Date: Tuesday, August 5, 2025 at 11:48 AM EDT

Resent emails sent to Senator John Ossoff Team and staff. I will start a retaliation complaint Against the VA Hospital, Director and staff member Ms. Angelyn J. McCrory and her staff that she is using for her personal retaliation against Mr. Freddie Lee Anderson. Is a 100 percent Disabled Veteran that is totally and permanent disabled and mentally disabled able as well 100 percent Disabled. I will start the retaliation complaint today, or as soon as Senator John Ossoff staff team can receive my complaint against the VA Hospital Director and his staff member Ms. Angelyn J. McCrory and Mrs. Emily Hunt -Brown.

Thank you.

Best Regards,

Mr. Freddie Lee Anderson
U. S. Army Retired.
404-823-2251 (m)
Email: andersonf2002@yahoo.com

Yahoo Mail: Search, Organize, Conquer

— Forwarded Message —
From: "Freddie Anderson" <andersonf2002@yahoo.com>
To: "lovetta.ford@va.gov" <lovetta.ford@va.gov>, "Ann R. Brown" <ann.brown@va.gov>

Sent: Mon, Jul 10, 2023 at 9:21 AM
Subject: Fw: Extremely Unprofessional and Degrading Experience Today and over the last Three Weeks, By your PATIENT AVICATE TEAM AND Ms. Angelyn J. McCrory and Mrs. Emily Hunt-Brown

— Forwarded Message —
From: Freddie Anderson <andersonf2002@yahoo.com>
To: caseworkteam@ossoff.Senate.Gov <caseworkteam@ossoff.senate.gov>
Sent: Monday, July 3, 2023 at 11:41:27 AM EDT
Subject: Fw: Extremely Unprofessional and Degrading Experience Today and over the last Three Weeks, By your PATIENT AVICATE TEAM AND Ms. Angelyn J. McCrory and Mrs. Emily Hunt-Brown

Forwarded - For your Action at Atlanta VA Medical Center Hospital, Director, Ann R. Brown, or Deputy Director, Lovetta Ford.
Sent to United States Senate, Jon Ossoff's Office - Case Worker Team.

Freddie L. Anderson
404-823-2251 (M)
andersonf2002@yahoo.com

— Forwarded Message —
From: Freddie Anderson <andersonf2002@yahoo.com>

EXHIBIT 3 /Aqu (2 OF 6)

To: Ann.Brown@VA.gov <ann.brown@va.gov>
Sent: Wednesday, June 21, 2023 at 04:06:38 PM EDT
Subject: Extremely Unprofessional and Degrading Experience Today and over the last Three Weeks, By your PATIENT AVICATE TEAM AND Ms. Angelyn J. McCrory and Mrs. Emily Hunt-Brown

Good morning, VA Atlanta, Hospital Director, Ms. Ann Brown,

Director, Ms. Ann Brown, I'm extremely, embarrassed and deeply hurt, that I have been forced to email you about a VA Atlanta Hospital matter that should of been handled at the VA Atlanta Hospital Patient Abacate Team and Level, but it has not been and followed up at all by Ms. Angelyn J. McCorory at all in any way. I came to your office in the VA Hospital, after leaving a Mental Emergency to talk to a Social Worker, on or about Wednesday, June 1, 2023 at about 9AM, about a very serious vicious attack I experienced at an ATOZONE by two very bad attackers. I had to be taken to the Grady Hospital Emergency Trauma Center, on Saturday, May 13, 2023, at about 9PM or so. I was very badly attached and was in very bad shape, physically, mentally and emotionally. I stayed in the Grady Hospital Emergency Trauma Center over night until about.
12noon on Sunday, May 14, 2023. I had to request immediate Physical and Mental Health Care from the VA Atlanta Hospital and the VA Atlanta Clinic in Decatur, GA.

I came to your office on or about Wednesday, June 1, 2023, about 11AM or so. While waiting in your office to try and get on your calendar, if possible, I was introduced to Ms. Angelyn J. McCrory, Chief Veterans Experience Officer. Ms. McCrory said," I KOW YOU", I said " YES, YOU DO KNOW ME FROM VA Heath Eligibility Center (HEC), where we both work there together. I felt uncomfortable sharing my personal information with Ms. Angelyn J. McCrory, because I remember when I worked at the HEC, Ms. Angelyn J. McCrory had made advancements towards me, "LIKE SHE WANTED TO DATE ME", that I rejected at the time. I have no idea, if Ms. Angelyn J. McCrory has something going on in her mind not to be totally professional with her current, job or not, but Ms. Angelyn J. McCrory's lack of action and unprofessionalism is why I had to write you this letter to the VA Atlanta Hospital Director.

Ms. Angelyn J. McCrory told me after our thirty plus minute conversation in her office, while we were at the elevator on the third floor, that "SHE WILL CALL ME SOON AND GIVE ME A STATUS ON MY ISSUES I ADDRESSED TO HER IN HER OFFICE". Over two (2) weeks went by and I did not hear from Ms. Angelyn J. McCrory at all to give me feedback on my case and issues that I explained to her I need help to address and resolve. One of things that hurt me so much as a 100% Disabled Veteran and I worked in this same VA Atlanta Hospital, in the IT Helpdesk Department and the Health Eligibility Center (HEC) for several years, is that; all I needed was a professional call back and an update from Ms. Angelyn J. McCrory, but she refused to call me at all. I even came to your director's office again on Thursday, last week, June 15, 2023, at about 9AM to talk to Ms. Angely J. McCrory about the status about me at the VA Health Care System issues and my case. The receptionist at your Director's Receptionist Desk, dialed Ms. Angelyn J. McCrory's office phone for me, because the extension number she has on her VA business card does not go to her at all and I'm sure she knows that it doesn't work at all to call her directly. Ms. Angelyn J. McCrory answers the phone, when the receptionist dials her and tells the receptionist to tell me, "I'M IN MEETINGS ALL DAY, ILL CALL HIM BACK LATER TODAY".

I walked away from the area and left the VA Atlanta Hospital, feeling like, I will not get a call from Ms. Angelyn J. McCrory at all today. I waited all day until after 6PM that same evening for a call from Ms. Angelyn J. McCrory, but she never called me at all. I was deeply hurt and disappointed that Ms. Angelyn J. McCrory, Chief, Veterans Experience Officer, HOW IN THE WORLD CAN SHE HAVE A JOB AND TIITLE LIKE THAT, and to be so very unprofessional and disrespectful to Veterans and to me personally. That is one of the worst feelings in my life, especially because Ms. Angelyn J. McCrory was one of my co-workers at the Health Eligibility Center (HEC) many years ago. Ms. Angelyn J. McCrory was extremely unprofessional and definitely out of place, when she said to me, "ALONZO CAMPBELL, DIDN'T DO SHIT WHILE HE WORKED AT THE VA ATLANTA HOSPITAL, ALL HE DID IS CARRY AROUND A LABTOP", I thought that Ms. Angelyn J. McCrory language and talking down about a previous IT Co-worker that I had the deepest respect for was very degrading of her, totally unprofessional of her and had nothing to do with me issues with the VA Atlanta Hospital and VA Atlanta Clinic in Decatur. I told Ms. Angelyn J. McCrory that Alonzo Campbell was the person the gave me the Employment Announcement that I applied for and got selected to work at the Health Eligibility Center (HEC) to work in the IT Department as a IT Network Administrator/Engineer. Ms. Angelyn J. McCrory did lie to me when she said she told me that it would take about seven days to let me know something on my issues and cars I addressed with her in her office, but she forgot that over two weeks has pasted already, when she said that in the Receptionist area last week on Friday, 16, 2023 at about 9 AM that morning. Ms. Angelyn J. McCrory tried to clean-up her lies with me-but she cannot clean up her lies because date, times, and facts don't lie. The truth will always be the truth, but you will never tell a lie the same exact way twice ever.

The third and final time I came to your Directors Office Receptionist Area, we today, Wednesday, June 21, 2023. I came again today, because no one on the Patient Advocate Team, not Ms. Angelyn J. McCorory, Mr. George Haizlip or Ms. Emily Hunt-Brown, did not say or explain that anyone that want to communicate with or get on the VA Atlanta Hospital Directors' Calendar, must communicate with them vis email only. That is why I'm writing you now before going to visit and see my congressman or Senator next with my concerns and issue with my issues with your Patient Advocate Team, lead by Ms. Angelyn J. McCrory, Chief, Veterans Experience Officer, that clearly demonstrated to me and Ms. Emily Hunt-Brown, they do not care about the concerns and Helping Veterans in their current jobs at VA Atlanta Hospital working directly with Veterans in the Patient Advocacy Team and section at the VA Atlanta Hospital.

Ms. Emily Hunt-Brown invited herself in our one-on-one meeting I was having with Mr. George Haizlip, and I did not want her presents in our meeting at all, but she stayed anyway which was very unprofessional, uncomfortable and disrespectful to me. and the conversation I was having with Mr. George Haizlip, that was the person who came and got me from the Directors' Office Receptionist Area and walk me to his office downstairs so I can give him my complaints and lack of professionalism from Ms. Angelyn J. McCrory, that I be live is his supervisor and for Ms. Emily Hunt-Brown also. Mr. George Haizlip allowed Ms. Emily Hunt-Brown to stay in our meeting against my wishes and directions to him.

Mr. George Haizlip as me to start over and start telling my unprofessional issues about Ms. Angelyn J. McCrory that I personally experienced that has been mentioned already in this email to you.

Ms. Emily Hunt-Brown was very RUDE, Unprofessional and down-right nasty towards me in this meeting that she was not invited and barged her way in. The more Ms. Emily Hunt-Brown listen to me talk and tell what was on my mind about my issues and the unprofessional experience I received from their Supervisor, Ms. Angelyn J. McCrory, she continued to get Extremely ruder and cutting me off talking over and over again and said," to Mr. George Haizlip, " CALL THE POLICE AND GET HIM OUT OFF HERE", I said to Ms. Emily Hunt-Brown and Mr. George Haizlip, " I have done nothing wrong, why are you calling the police", Ms. Emily Hunt-Brown, said," WE JUST NEED YOU OUT OF HERE AND WE SHOULD NOT BE DICKTATING YOU WITH COMPLAINTS ABOUT OUR SUPERVIOR".

I think it was completely unprofessional and wrong for Ms. Emily Hunt-Brown to want to or to tell Mr. George Haizlip to call the police when I was very respectful and had a great conversation with Mr. George Haizlip that was productive and professional, until Ms. Emily Hunt-Brown disrespectfully took over our conversation and told Mr. George Haizlip what to do and when to do it during her whole time in Mr. George Haizlip's office that she was not invited by me at all. Ms. Goerge Haizlip asked me to open his door when we heard a knock-on hid door while he and I was in conference and conversation. Again, I did not welcome Ms. Emily Hunt-Brown into our conversation or meeting at all. I did not want her there with me and Mr. Goerge Haizlip at all whatsoever. I felt very uncomfortable with Ms. Emily Hunt-Brown with us and in my conversation with Mr. Goerge Haizlip. After Ms. Emily Hunt-Brown insist that we end this meeting and call the police, I asked Mr. George Haizlip, "IS THIS MEETING OVER?", Mr. Goerge Haizlip, said "YES". Mr. George Haizlip followed the instructions and unprofessional wishes of Ms. Emily Hunt-Brown, who should have never been in the meeting and conversation at all in the first place and was very much uninvited be me and was very nerve racking and controlling nature. Ms. Emily Hunt-Brown was not at all a good listener, she continues to interrupt me while I'm trying to talk over and over again. Mr. George Haizlip was a much better listener and professional, I just did not approve and want him to allow Ms. Emily Hunt-Brown to dominate a conversation that was unwanted totally by me and I did not approve of at all. Ms. Emily Hunt-Brown should have never interrupted or rudely invited herself and stayed in the room with me and Mr. George Haizlip and our private conversation. I think that that type of behavior of Ms. Emily Hunt-Brown joining me and Mr. George Haizlip private conversation between him and I. Not Ms. Emily Hunt-Brown taken over our conversation and calling the police on me and ending our conversation. That whole situation was totally unprofessional, wrong and just disrespectful totally.

When Ms. Emily Hunt-Brown notice a VA police office outside Mr. George Haizlip's Office door, she ask the VA police to come in and remove me from the Mr. George Haizlip's Office. The VA police officer was extremely professional. and treated me like a real person and was very polite. This VA police office greeted me ask me my name and was so very professional and respectful, that if I ever see that officer again, I will thank him so much for his professionalism and respect for all veterans. This VA police officer deserves a commendation medal. I will try to find this VA police Officer and thank him again for his professionalism. and respect that hi demonstrated at all times. Very good job having VA police officers like this outstanding men on the job at the VA Hospital.

The VA police officer was so pleasant and professional, I just got up and walked out of Mr. Goerge Haizlip's office and talked to this VA police office outside the door of Mr. George Haizlip's office in the hallway. Mr. George Haizlip stayed right there with me and the VA police office while me and this outstanding professional. Officer talked and had a conversation together. However, to Ms. Emily Hunter-Brown I needed to be removed period from the office or maybe in her mind removed from the VA Atlanta Hospital Building altogether. I don't know, but I know, that in my opinion Ms. Angelyn J. McCrory and Ms. Emily Hunt-Brown should not be working directly with our nations Veterans at all

EX-P

EXHIBIT 3 page (4 OF 6)

anymore. They both have violated their Oath of office and totally has caused another Veteran to experience unnecessary lack of professionalism and care for Veterans around the world and at the VA Atlanta Hospital as the Director of the VA Atlanta Hospital you have an opportunity professionally to make changes where they are needed to help all Veterans that are assigned and passthrough the VA Atlanta Hospital.

In closing, that you so much for your time Ms. Ann Brown and for anything you fell is necessary to make changes within the VA Atlanta Hospital system for all Veterans and Employees.

Thank you again for your time. My name is Freddie Lee Anderson, last four of SSN# 9971, my phone number if you want to call me, you are more than welcome to call me if you like. My number is 404-823-2251 (M). you can reach me hear day or night, its my cell phone number.

Have a blessed and wonder ful day.

Respectfully.

Freddie Lee Anderson
1438 Greenridge Trail
Lithonia, GA 30058

Phone: 404-823-2251 (M)
Email: andersonf2002@yahoo.com

Freddie L. Anderson
404-823-2251 (M)
andersonf2002@yahoo.com

## Fw: Recommendation and Accommodation for Outstanding Job Performance Award to VA Police OFFICER BENNETT, DAVID

From: Freddie Anderson (andersonf2002@yahoo.com)

To:  donald.barnes5@va.gov

Cc:  andersonf2002@yahoo.com; mark.jenkins2@va.gov

Date: Wednesday, August 6, 2025 at 07:32 AM EDT

Good morning, Chief of VA Police, Mr. Donald Barnes,

Per our conversation yesterday, in the VA Hospital Cafeteria, when I was trying to eat breakfast alone and was approached by you on August 5, 2025, at about 8:45 Or so.

This is the letter that was forwarded and presented to VA Police OFFICER DAVID BENNETT on June 22, 2023, in Chief of VA Police, Ms. Beverly Banks' Office.

Freddie L. Anderson
404-823-2251 (M)
770-687-2928 (H)
andersonf2002@yahoo.com


—- Forwarded Message —-
From: Freddie Anderson <andersonf2002@yahoo.com>
To: Beverly.Banks@VA.GOV <Beverly.Banks@VA.GOV>; ann.brown@va.gov <ann.brown@va.gov>; david.bennett@va.gov <david.bennett@va.gov>
Sent: Thursday, June 22, 2023 at 07:43:56 PM EDT
Subject: Recommendation and Accommodation for Outstanding Job Performance Award to VA Police OFFICER BENNETT, DAVID

Good evening, Chief of VA Police, Ms. Beverly Banks,


I'm extremely, proud and delighted to write this letter of Recommendation and Accommodation for Outstanding Job Performance Award to VA Police OFFICER BENNETT, DAVID. I'm recommending this award to VA Police Officer Bennett, David for when he was call by Patient Advocate Team Member, Ms. Emily Hunt-Brown, because she wanted to stop Mr. Freddie Lee Anderson, a 100% Disabled Retired Veteran from making a verbal to written settlement and complaint to Mr. George Haizlip, a Patient Advocate Team Member, that he was giving his verbal statement to; while Mr. George Haizlip was typing his statement and complaint in his office. Ms. Emily Hunt-Brown barged her way into our meeting unwelcomed be me totally. Ms. Emily Hunt-Brown was extremely unprofessional, extremely rude, very degrading, and constantly cut me off every time while I was trying to give Mr. George Haizlip my verbal complaint, statement and unprofessional behavior about their Supervisor, Ms. Angelyn J. McCrory. The more I tried to give my verbal statement and concerns about Ms. Emily Hunt-Brown and Mr. George Haizlip direct Supervisor, Ms. Angelyn J. McCrory, Chief, Veterans Experience Officer. Ms. Emily Hunt-Brown told Mr. George Haizlip, the meeting is over and call the police and I want you Mr. Freddie Lee Anderson to leave this office. Ms. Emily Hunt-Brown was not invited in our conversation with Mr. George Haizlip at all by me, but she come in uninvited by me for sure and did not want and stop me from giving a statement about unprofessional behavior from her Supervisor, Ms. Angelyn J. McCrory, Chief, Veterans Experience Officer. I found out later that Ms. Emily Hunt-Brown was requested to be in the room, maybe by her Supervisor, Ms. Angelyn J. McCrory to stop the meeting and stop me from giving my verbal complaint, which is so wrong and unprofessional in every way.

VA Police Officer Bennett, David was extremely police, respectful and extremely professional with the situation at hand. He defused the situation and made me feel respected and proud to be a veteran. I commend VA Police Officer Bennett, David for not allowing Ms. Emily Hunt-Brown's unprofessional behavior, and evil nature to try to continue to

EX-D


EXHIBIT 3 page (6 OF 6)

allow her Supervisor, Ms. Angelyn J. McCrory, Chief, Veterans Experience Officer to continue to protect her and allow unprofessional. behaviors towards the Veterans that pass through or assigned to the VA Atlanta Hospital.

In closing, for VA Police Officer Bennett, David's outstanding job performance and professionalism that should be emulated by all fellow VA Police Officers, I do her request a Recommendation and Accommodation for Outstanding Job Performance Award to VA Police OFFICE BENNETT, DAVID.

A COPY OF THE LETTER AND AWARD RECOMMENDATION WILL BE SENT TO THE VA ATLANTA HOSPITAL DIRECTOR'S EMAIL, DIRECTOR, ANN BROWN.

Thank you for you outstanding job performance VA Police Office Bennett, David.

Respectfully.

Signed:

Freddie L Anderson, U.S. Army, MSG, (Retired)
404-823-2251 (M)
andersonf2002@yahoo.com

EXHIBIT 4 page( of 1)

# Certificate of Appreciation

This certifies that

## *JAMAAL PARKER*

in recognition of outstanding service for

EXCEPTIONAL CUSTOMER SERVICE AND LEADERSHIP WHILE WORKING AS A PATIENT REPRESENTATIVE VETERANS EXPERIENCE OFFICE, ATLANTA VA MEDICAL CENTER.

has been duly selected by the

Committee of Awards to receive this certificate

Given on this day of 1 August

In the year 2025

FREDDIE ANDERSON, U.S. Army, Retired

Signature



U.S. DEPT. of VETERANS AFFAIRS

Signature

Good evening, Chief of VA Police, Ms. Beverly Banks,

I'm extremely, proud and delighted to write this letter of Recommendation and Accommodation for Outstanding Job Performance Award to VA Police OFFICER BENNETT, DAVID. I'm recommending this award to VA Police Officer Bennett, David for when he was call by Patient Advocate Team Member, Ms. Emily Hunt-Brown, because she wanted to stop Mr. Freddie Lee Anderson, a 100% Disabled Retired Veteran from making a verbal to written settlement and complaint to Mr. George Haizlip, a Patient Advocate Team Member, that he was giving his verbal statement to; while Mr. George Haizlip was typing his statement and complaint in his office. Ms. Emily Hunt-Brown barged her way into our meeting unwelcomed be me totally. Ms. Emily Hunt-Brown was extremely unprofessional, extremely rude, very degrading, and constantly cut me off every time while I was trying to give Mr. George Haizlip my verbal complaint, statement and unprofessional behavior about their Supervisor, Ms. Angelyn J. McCrory. The more I tried to give my verbal statement and concerns about Ms. Emily Hunt-Brown and Mr. George Haizlip direct Supervisor, Ms. Angelyn J. McCrory, Chief, Veterans Experience Officer. Ms. Emily Hunt-Brown told Mr. George Haizlip, the meeting is over and call the police and I want you Mr. Freddie Lee Anderson to leave this office. Ms. Emily Hunt-Brown was not invited in our conversation with Mr. George Haizlip at all by me, but she come in uninvited by me for sure and did not want and stop me from giving a statement. about unprofessional behavior from her Supervisor, Ms. Angelyn J. McCrory, Chief, Veterans Experience Officer. I found out later that Ms. Emily Hunt-Brown was requested to be in the room, maybe by her Supervisor, Ms. Angelyn J. McCrory to stop the meeting and stop me from giving my verbal complaint, which is so wrong and unprofessional in every way.

VA Police Officer Bennett, David was extremely police, respectful and extremely professional with the situation at hand. He defused the situation and made me feel respected and proud to be a veteran. I commend VA Police Officer Bennett, David for not allowing Ms. Emily Hunt-Brown's unprofessional behavior. and evil nature to try to continue to allow her Supervisor, Ms. Angelyn J. McCrory, Chief, Veterans Experience Officer to continue to protect her and allow unprofessional. behaviors towards the Veterans that pass through or assigned to the VA Atlanta Hospital.

In closing, for VA Police Officer Bennett, David's outstanding job performance and professionalism that should be emulated by all fellow VA Police Officers, I do her request a Recommendation and Accommodation for Outstanding Job Performance Award to VA Police OFFICE BENNETT, DAVID.

A COPY OF THE LETTER AND AWARD RECOMMENDATION WILL BE SENT TO THE VA ATLANTA HOSPITAL DIRECTOR'S EMAIL, DIRECTOR, ANN BROWN.

Thank you for you outstanding job performance VA Police Office Bennett, David.

Respectfully,

Signed: *Freddie L Anderson*

Freddie L. Anderson, U.S. Army, MSG, (Retired)
404-823-2251 (M)
andersonf2002@yahoo.com

**Subject**   RE: [EXTERNAL] Re: FOIA Request No.: 26-00044-GC

**To:**   [Freddie Anderson <andersonf2002@yahoo.com>]

**From**   OGC FOIA Requests <OGCFOIARequests@va.gov>

**Date:**   Tue, Mar 3, 2026 at 3:38 PM

Good Afternoon,

Yes, the OGC Torts Law Group has received 3 FTCA claims that you mailed.

Thank you,

Greg Draves

OGC FOIA/Privacy Officer

The Office of General Counsel

Information & Administrative Law Group (024)

Department of Veterans Affairs

810 Vermont Avenue, NW

Washington, DC 20420

This communication may contain information that is confidential, privileged, or otherwise protected by law, such as the Privacy Act of 1974, and is intended for solely the individual or entity to whom it is addressed. If you are not the intended recipient, please destroy all copies and notify the sender immediately. The transmission, screening, or any other processing of this email does not constitute a waiver of privilege or other applicable protections.

---

**From:** Freddie Anderson <andersonf2002@yahoo.com>
**Sent:** Tuesday, February 24, 2026 4:04 AM
**To:** OGC FOIA Requests <OGCFOIARequests@va.gov>
**Cc:** Freddie Anderson <andersonf2002@yahoo.com>
**Subject:** [EXTERNAL] Re: FOIA Request No.: 26-00044-GC

Good morning, Mr. Greg Draves, or whom this concerns.

I need to verify that this office OGC TORT Claims received an SF-95 for this FTCA case? Could you please check to see if your office has any other SF-95 and FTCA mailed in packets for this OGC TORT Claims that mailed directly to

me of several cases. You should have a total of three (3) cases with SF-95 attached. See photos. Thanks for your reply and checking your signed in mail. I will check my USPS tracking numbers also.

*EXIBIT-E*

Thank you again for helping find these SF -95s for Three (3) cases mailed directly to your address at OGC TORT Claims. Please call me please, if you have any questions for me or to help clear up where my SF-95 are for this cas and two other cases? Do I need to find my copies of my cases and mail it directly to a person name that works at OGC Tourt Claim?

Freddie Anderson

404-823-2251

1438 Greenridge Trail

Lithonia, Georgia 30058

Email: andersonf2002@yahoo.com

Yahoo Mail: Search, Organize, Conquer

On Tue, Jan 27, 2026 at 9:11 AM, OGC FOIA Requests

<OGCFOIARequests@va.gov> wrote:

> Good morning,
>
> Please find the attached letter acknowledging receipt to your January 6, 2026, FOIA request submitted to the Office of General Counsel's Torts Law Group. On January 23, 2026, your request was referred to the Office of General Counsel's FOIA Office for processing and a direct response to you.
>
> **Thank you,**
>
> **Greg Draves**
>
> **OGC FOIA/Privacy Officer**
>
> **The Office of General Counsel**
>
> **Information & Administrative Law Group (024)**
>
> **Department of Veterans Affairs**
>
> **810 Vermont Avenue, NW**
>
> **Washington, DC 20420**

This communication may contain information that is confidential, privileged, or otherwise protected by law, such as the Privacy Act of 1974, and is intended for solely the individual or entity to whom it is addressed. If you are not the intended recipient, please destroy all copies and notify the sender immediately. The transmission, screening, or any other processing of this email does not constitute a waiver of privilege or other applicable protections.

Subject:    Re: FOIA Request N2626-000180C

To:    [null <OGCFOIARequests@va.gov>]

From:    Freddie Anderson <andersonf2002@yahoo.com>

Cc:    [Freddie Anderson <andersonf2002@yahoo.com>]

Date:    Tue, Feb 24, 2026 at 4:03 AM

Good morning, Mr. Greg Draves, or whom this concerns.

I need to verify that this office OGC TORT Claims received an SF-95 for this FTCA case? Could you please check to see if your office has any other SF-95 and FTCA mailed in packets for this OGC TORT Claims that mailed directly to your office for review and processing? Please check your systems please and anything mailed in your office from me of several cases. You should have a total of three (3) cases with SF-95 attached to each one. Thanks for your reply and checking your signed in mail. I will check my USPS tracking numbers also.

Thank you again for helping find these SF-95s for Three (3) cases mailed directly to your address at OGC TORT Claims. Please call me please, if you have any questions for me or to help clear up where my SF-95 are for this cas and two other cases? Do I need to find my copies of my cases and mail it directly to a person name that works at OGC Tourt Claim?


Freddie Anderson
404-823-2251
1438 Greenridge Trail
Lithonia, Georgia 30058
Email: andersonf2002@yahoo.com

Yahoo Mail: Search, Organize, Conquer

On Tue, Jan 27, 2026 at 9:11 AM, OGC FOIA Requests
<OGCFOIARequests@va.gov> wrote:

> Good morning,
>
> Please find the attached letter acknowledging receipt to your January 6, 2026, FOIA request submitted to the Office of General Counsel's Torts Law Group. On January 23, 2026, your request was referred to the Office of General Counsel's FOIA Office for processing and a direct response to you.
>
> **Thank you,**
> **Greg Draves**
> **OGC FOIA/Privacy Officer**
> **The Office of General Counsel**
> **Information & Administrative Law Group (024)**
> **Department of Veterans Affairs**
> **810 Vermont Avenue, NW**
> **Washington, DC 20420**
>
> **This communication may contain information that is confidential, privileged, or otherwise protected by law, such as the Privacy Act of 1974, and is intended for solely the individual or entity to whom it is addressed. If you are not the intended recipient, please destroy all copies and notify the sender immediately. The transmission, screening, or any other processing of this email does not constitute a waiver of privilege or othe applicable protections.**

## VA OIG Hotline Case Opening - 2026-01256-HL-0330 /RP07

From: VAOIG Hotline <Do Not Reply> (vaoig.hotline@va.gov)

To:    andersonf2002@yahoo.com

Date: Wednesday, January 28, 2026 at 03:43 PM EST

Dear Freddie Anderson,

The U.S. Department of Veterans Affairs Office of Inspector General (OIG) has opened a case based on a review of the information you reported to our office on January 7, 2026, regarding contact number 2026-10964. The case number assigned is 2026-01256-HL-0330.

Now that we have opened a case, our office will review the issues you reported or ask an impartial VA official to conduct the review. If we ask another VA office to conduct the review, we will ensure the reviewer fully examines the issues before closing the case. Please be advised that once a case is opened, we cannot discuss its progress.

We will contact you again only if we need more information. Otherwise, we will notify you when the case is closed. Thank you for contacting the VA OIG Hotline.

Sincerely,

Tracy/RP#07
VA OIG Hotline

**Subject** VA OIG Online Case Review 2026-01256-HL-0330-RP07

**To:** [andersonf2002@yahoo.com <andersonf2002@yahoo.com>]

**From** VAOIG Hotline <VAOIG.Hotline@va.gov>

**Date:** Wed, Jan 28, 2026 at 3:43 PM

Dear Freddie Anderson,

The U.S. Department of Veterans Affairs Office of Inspector General (OIG) has opened a case based on a review of the information you reported to our office on **January 7, 2026**, regarding contact number 2026-10984. The case number assigned is **2026-01256-HL-0330**.

Now that we have opened a case, our office will review the issues you reported or ask an impartial VA official to conduct the review. If we ask another VA office to conduct the review, we will ensure the reviewer fully examines the issues before closing the case.  Please be advised that once a case is opened, we cannot discuss its progress.

We will contact you again only if we need more information.  Otherwise, we will notify you when the case is closed.  Thank you for contacting the VA OIG Hotline.

Sincerely,

Tracy/RP#07
VA OIG Hotline

# EXHIBIT G

**Related Civil Case Captions / Docket Sheets**
*(Insert exhibit here before filing)*

# EXHIBIT H

**Witness Statements / Supporting Declarations**
*(Insert exhibit here before filing)*

16